| No. | Name of Unsecured Creditor | Address of Unsecured Creditor | Phone No. | Nature of Claim | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 1 | Consolidated Edison | 4 Irving Place<br>Corp. Customer Group<br>9th Floor<br>New York, NY 10150 | (212) 780-6724 | Utilities | $4,167,197.00 |
| 2 | St. Vincent's Catholic Medical Center | 153 W. 11th Street<br>New York, NY 10011 | (212) 604-7546 | Advances/Prepaid Rent | $3,202,004.72 |
| 3 | Dormitory Authority State of New York | 1 Penn Plaza, 52nd Floor<br>New York, NY 10119 | (518) 257-3100 | Loan | $2,601,683.70 |
| 4 | GME Solutions | 3505 Hart Ave., Suite 201<br>Rosemead, CA 91770 | (626) 576-4333 | Trade (Disputed) | $1,223,487.00 |
| 5 | Angelo Taranta | c/o Paduano & Weintraub<br>Katherine Harrison, Esq.<br>1251 Avenue of the Americas<br>New York, NY 10020 | (212) 785-9100 | Employee Benefits (Disputed) | $1,117,614.95 |
| 6 | Health Facility Assessment | Mr. Jerome Alaimo<br>Assessment Fund Administrator Office of Pool Administration<br>344 South Warren Street<br>Syracuse, NY 13202 | (212) 995-7151 | Assessment Tax | $927,564.25 |
| 7 | New York State Comptrollers Office | Office of Unclaimed Funds<br>110 State Street<br>Albany, NY 12236 | (212)471-5003 | Audit-unclaimed property | $816,692.93 |
| 8 | Mannuccio Mannucci | c/o Paduano & Weintraub<br>Katherine Harrison, Esq.<br>1251 Avenue of the Americas<br>New York, NY 10020 | (212) 785-9100 | Employee Benefits (Disputed) | $664,036.47 |
| 9 | Medtronic Sofamor Danek | 710 Medtronic Parkway<br>Minneapolis, MN 55432 | (800) 633-8766 | Trade | $598,693.43 |
| 10 | Shore Pharmaceutical Providers | C/O Bank of America<br>PO Box 34815<br>Newark, NJ 07189 | (516) 938-8080 | Trade | $585,069.22 |
| 11 | Daniele Salvioni | c/o Paduano & Weintraub<br>Katherine Harrison, Esq.<br>1251 Avenue of the Americas<br>New York, NY 10020 | (212) 785-9100 | Employee Benefits (Disputed) | $536,211.51 |
| 12 | New York State Nurses Benefit | 1 Pine West Plaza<br>Washington Ave Extension<br>Albany, NY 12205 | (518) 869-9501 | Employee Benefits | $467,252.76 |
| 13 | NYS Dept of Health | ESP Corning Tower<br>Room 1043<br>Albany, NY 12237 | (518) 474-2011 | Fees | $418,033.70 |
| 14 | Healthcare Assoc. of NYS | 1 Empire Drive<br>Reneselaer, NY 12144 | (518) 431-7600 | Trade | $411,677.60 |
| 15 | A. Kingsbury Co., Inc, a/k/a Modern Medical Systems Co. | c/o Bondi & Iovino, Esqs.<br>1055 Franklin Avenue, Suite 206<br>Garden City, NY 11530 | (516) 741-8585 | Trade | $440,298.87 |
| 16 | Garfunkel Wild & Travis PC | 111 Great Neck Road<br>Suite 503<br>Great Neck, NY 11021 | (516) 393-2200 | Legal | $284,938.73 |
| 17 | Siemens Financial Services | 51 Valley Stream Parkway<br>Malvern, PA 19355 | (610) 448-4708 | Trade | $330,000.00 |

| No. | Name of Unsecured Creditor | Address of Unsecured Creditor | Phone No. | Nature of Claim | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 18 | The Mount Sinai Hospital | 633 Third Avenue, 10th Floor<br>New York, NY 10017 | (212) 731-3235 | Trade | $308,009.43 |
| 19 | Padulol Guido | c/o Paduano & Weintraub<br>Katherine Harrison, Esq.<br>1251 Avenue of the Americas<br>New York, NY 10020 | (212) 785-9100 | Employee Benefits (Disputed) | $230,199.28 |
| 20 | Catholic Healthcare Network | 1011 First Avenue<br>Suite 1150<br>New York, NY 10002 | (212) 486-7180 | Dues | $221,112.00 |

The information contained herein shall not constitute an admission by the Debtor as to the validity of such claims, and the Debtor reserves all rights to challenge the priority, value, amount or status of any claim.