# Cabrini Medical Center

# Financial Statement
### (UNAUDITED)
## May 31, 2009

Cabrini Medical Center
227 East 19th  Street
New York, NY 10003

# CABRINI MEDICAL CENTER
FINANCIAL STATEMENTS
May 31, 2009

## TABLE OF CONTENTS

| FINANCIAL STATEMENTS | PAGE |
|---|---|
| BALANCE SHEET | 1 |
| STATEMENT OF REVENUE AND EXPENSE | 2 |
| CASH FLOW STATEMENT | 3 |

CABRINI MEDICAL CENTER
BALANCE SHEET
May 31, 2009
(UNAUDITED)

|  | May 31, 2009 (UNAUDITED) | December 31, 2008 (UNAUDITED) |
|---|---:|---:|
| **Assets** | | |
| **Current:** | | |
| Cash and cash equivalents | - | 160,987 |
| Receivables for patient care | 65,860 | 624,639 |
| Assets limited as to use, current portion: | | |
|   Assets held for restricted use | - | - |
|   Deferred employee compensation plan assets | 5,716 | 5,842 |
| Prepaid expenses and other assets | 10,297,601 | 11,693,877 |
| Due from St. Cabrini Nursing Home | 90,430 | 90,430 |
| Due from third-party payors | 0 | 2,562,852 |
|     Total current assets | 10,459,608 | 15,138,627 |
| | | |
| **Assets limited as to use:** | | |
|   Debt financing arrangement | 1,468,888 | 1,474,866 |
|   Deferred employee compensation plan assets | 15,504 | 15,504 |
| | | |
| **Other noncurrent assets** | 17,275,367 | 17,360,962 |
| | | |
| **Property, plant and equipment-net** | 16,465,985 | 18,700,960 |
| | | |
| | 45,685,352 | 52,690,919 |
| | | |
| **Liabilities and Net Assets (Deficit)** | | |
| **Current liabilities:** | | |
|   Cash overdraft | 236,296 | - |
|   Current portion of long-term debt | 15,877,545 | 15,611,951 |
|   Current portion of loans payable to the Missionary | | |
|     Sisters of the Sacred Heart | 6,999,718 | 2,688,705 |
|   Accounts payable and accrued expenses | 46,274,585 | 48,870,004 |
|   Accrued salaries, wage and similar items | 4,241,496 | 6,213,380 |
|   Deferred employee compensation | 1,637,664 | 1,637,664 |
|   Due to Cabrini Center for Nursing and Rehabilitation | 71,984 | 71,984 |
|   Estimated third-party liabilities, current portion | 915,654 | 2,011,524 |
|     Total current liabilities | 76,254,943 | 77,105,213 |
| | | |
| **Malpractice loss reserves, net** | 3,937,590 | 3,990,000 |
| | | |
| **Long-term debt, less current portion** | 31,393,027 | 33,052,634 |
| | | |
| **Loan payable to the Missionary Sisters of the Sacred** | | |
|   **Heart, including accrued interest payable** | 50,760,588 | 50,747,982 |
| | | |
| **Due to Cabrini Development Council** | 2,999,800 | 3,000,000 |
| | | |
| **Deferred employee compensation** | 1,589,251 | 1,589,251 |
| | | |
|     **Total liabilities** | 166,935,198 | 169,485,080 |
| | | |
| **Net assets (deficit):** | | |
|   Unrestricted | (121,249,847) | (116,794,161) |
|   Temporarily restricted | - | - |
|     Total net assets (deficit) | (121,249,847) | (116,794,161) |
| | 45,685,352 | 52,690,919 |

# CABRINI MEDICAL CENTER
# STATEMENT OF REVENUE AND EXPENSE
# May 31, 2009
# (UNAUDITED)

|  | 5 Months Ended 31-May-09 |
|---|---:|
| **Operating Revenue:** | |
| Rental Income | 847,810 |
| Other Revenue | 547,127 |
| **TOTAL REVENUE** | 1,394,937 |
| **Operating expense:** | |
| Salaries and wages | 297,711 |
| Employee benefits | 670,028 |
| **Subtotal Labor** | 967,739 |
| Provision for bad debts | 171,714 |
| Supplies and other expenses | 3,627,033 |
| Depreciation /Amortization | 1,357,716 |
| Interest | 1,899,760 |
| **Subtotal Non-Labor** | 7,056,223 |
| **TOTAL EXPENSE** | 8,023,962 |
| **NET OPERATING GAIN/(LOSS)** | (6,629,025) |
| VENDOR DISCOUNTS & ADJUSTMENT | 2,173,339 |
| **NET NON-OPERATING GAIN/(LOSS)** | (4,455,686) |

# CABRINI MEDICAL CENTER

## CASH FLOW STATEMENT

## May 31, 2009

|  | 5 Months Ended May 31, 2009 |
|---|---:|
| **Operating activities** | |
| Change in net assets (deficit) | ($4,455,686) |
| Adjustments to reconcile change in net assets (deficit) to net cash provided by operating activities: | |
|     Depreciation and amortization expenses | 1,357,716 |
|     Changes in operating assets and liabilities: | |
|         Receivables for patient care, net | 558,779 |
|         Prepaid expenses and other assets | 1,397,101 |
|         Due to St. Cabrini Nursing Home, Inc. | - |
|         Due from Cabrini Center for Nursing and Rehabilitation | - |
|         Accounts payable and accrued expenses and cash overdraft | (2,359,124) |
|         Accrued salaries, wages and similar items | (1,971,884) |
|         Estimated reserve for third-party liabilities, net | 1,466,982 |
|         Deferred employee compensation | 126 |
|         Malpractice loss reserves | (52,410) |
| Net cash provided by operating activities | (4,058,400) |
| **Investing activities** | |
| Purchases of property, plant and equipment | 962,029 |
| (Increase) / decrease in assets held for restricted use | - |
| Decrease / (increase) in assets limited as to use under debt financing arrangement | 5,978 |
| Net cash used in investing activities | 968,007 |
| **Financing activities** | |
| Decrease in due from Cabrini Development Council | (200) |
| Repayment of short and long term debt | 2,929,606 |
| Proceeds from short and long-term borrowings | - |
| Net cash used in financing activities | 2,929,406 |
| Decrease in cash and cash equivalents | (160,987) |
| Cash and cash equivalents (overdraft) at beginning of year | 160,987 |
| Cash and cash equivalents at end of year | (0) |