**Cabrini Medical Center**
**Schedule of Property In Possession or Custody of Secured Creditors**

*Exhibit "D" to Rule 1007 Affidavit to Petition*

| No. | Name and Address of Secured Creditor | Contact Information | Approximate Amount of Claim | Description of Debtor's Property in Possession or Custody of Secured Creditor |
|---|---|---|---|---|
| 1 | Israel Discount Bank ("IDB") 511 Fifth Avenue New York, NY 10017 | Leon Terrano (212) 551-8051 | $1,640,826 | Deposit of approximately $68,887.81 held by IDB (as of May 31, 2009). |