**PREMISES OWNED OR HELD UNDER ANY OTHER**
**ARRANGEMENT FROM WHICH THE DEBTOR OPERATES ITS BUSINESS[1]**

| | Cabrini Medical Center – Owned Facility | | | |
|---|---|---|---|---|
| | **Building Address** | **Lot** | **Year Built** | **Story Height** |
| A | Cabrini Hospital 227 East 19th Street New York, NY 10003 | 9 | 1974 | 16 |
| B | Cabrini Hospital/Lab 218 East 20th Street New York, NY 10003 | 9 | 1953 | 5 |
| C | Cabrini Hospital 226 East 19th Street New York, NY 10003 | 35 | 1940 | 8 |
| D | Office Building 235 East 19th Street New York, NY 10003 | 18 | 1930 | 9 |
| E | Lab/Supply 230-238 East 20th Street New York, NY 10003 | 30 | 1950 | 3 |

**PROPERTY LEASED TO THIRD PARTIES**

| TENANT | LEASED PROPERTY | MONTHLY RENT | DATE OF LEASE | LEASE TERM |
|---|---|---|---|---|
| GPDDC, L.L.C. | 5,863 square feet, 2nd floor of D Building | $15,146 | 8/14/06 | Ten years from the date Tenant obtains certificate of occupancy. Option to renew for five years. |
| Jeffrey Lucey, M.D. and Marina Auerbach, M.D. | 550 square feet, 3rd floor of D Building | $2,167 | 6/1/08 | Five years. |
| Howard Brucker, M.D. | 4,083 square feet, 8th floor of C Building

143 square feet, D Building | $14,291 | 3/17/08 | Ten years. |
| Gramercy Park Medical Group, P.C. | 2,960 square feet, 2nd floor of E Building | $10,360 | 1/1/09 | Ten years. |

---

[1] The subject property address is 227 East 19th Street, Manhattan, New York. The subject is allocated 1.35+ acres of land area zoned "R8B" Residential District, is defined on the New York County tax map as Block 900, Lots 9, 18, 30 & 35 and is known as Cabrini Medical Center. The subject is a multi-story elevator hospital building complex.