**PENDING LITIGATIONS**

| No. | Case No. | Filed/Occurrence Date | Plaintiff | Plaintiff Counsel | Plaintiff Street Address | City, State, Zip | Litigation Type |
|---|---|---|---|---|---|---|---|
| 1 | 161263/07 | 12/18/07 | ADT Security Services, Inc. | Meyers, Saxon & Cole<br>Attn: Robert Saxon, Esq. | 3620 Quentin Road | Brooklyn, NY 11234 | Commercial |
| 2 | 4447/99 | 6/1/97 | Brown, Benjamin Emmanuel | Kenneth J. Ready & Associates | 114 Old Country Road | Mineola, NY 11501 | Medical Malpractice |
| 3 | 037044/02 | 9/17/03 | Crosby, Edward | Geller & Segall, PC | 280 North Central Avenue, Suite 25 | Hartsdale, NY 10530 | Medical Malpractice |
| 4 | 602284/08 | 8/6/08 | Mannucci, Mannuccio M.D. | Paduano & Weintraub LLP<br>Attn: Anthony Paduano, Esq.<br>Attn: Katherine B. Harrison, Esq. | 1251 Avenue of the Americas | New York, NY 10020 | Commercial |
| 5 | 098812/08 | 8/11/08 | Osteotech | Meyers, Saxton & Cole<br>Attn: Daniel C. Gibbons, Esq. | 3620 Quentin Road | Brooklyn, NY 11234 | Commercial |
| 6 | 38306/07 | 5/26/06 | Ramseur, Randy, Administrator of the Goods, Chattels and Credits of Betty M. Harrison, Deceased, and Randy Ramseur, Individually | David Horowitz, P.C. | 276 Fifth Avenue, Suite 405 | New York, NY 10001 | Medical Malpractice |
| 7 | 10216/06 | 12/3/04 | Simmons, Louise | The Turkewitz Law Firm | 99 Park Avenue, Suite 800 | New York, NY 10016 | Medical Malpractice |
| 8 | 043346/09 | 4/23/09 | Standard Register Co. | Meyers, Saxon & Cole<br>Attn: Robert Saxon, Esq. | 3620 Quentin Road | Brooklyn, NY 11234 | Commercial |
| 9 | 106098/08 | 9/4/08 | Sterling Factors Corp. | Heitner & Breitstein<br>Attn: Norman Breitstein, Esq. | 26 Court Street | Brooklyn, NY 11242 | Commercial |
| 10 | 055108/08 | 5/6/08 | United Hospital Supply Inc. | Meyers, Saxon & Cole<br>Attn: Robert Saxon, Esq. | 3620 Quentin Road | Brooklyn, NY 11234 | Commercial |
| 11 | 24574/08 | 3/16/09 | Weiner, Cheryl | Law Offices Richard L. Geller | 280 North Central Avenue, Suite 25 | Hartsdale, NY 10530 | Medical Malpractice |
| 12 | 44289/07 | 8/20/07 | Advance NeuroModulation Systems Inc. | Gene R. Kazlow, Esq. | 237 West 35th Street, 14th Floor | New York, NY 10001 | Commercial |
| 13 | 001139/03 | 1/9/03 | CTI Professionals, Inc. | Cardillo & Corbett | 29 Broadway | New York, NY 10006 | Commercial |
| 14 | 018433/02 | 5/24/02 | Diamond Personnel L.L.C. | Lambert & Weiss | 61 Broadway | New York, NY 10006 | Commercial |
| 15 | 009230/09 | 2/25/09 | Drummond American Corporation | Kleinman, Saltzman & Bolnick, PC | P.O. BOX 947, 151 North Main Street | New City, NY 10956 | Commercial |
| 16 | 048140/08 | 7/26/08 | Gyrus Acmi LP | Warren A. Schneider & Associates, P.C.<br>Attn: Warren A. Schneider, Esq. | 275 Madison Ave. Suite 1000 | New York, NY 10016 | Commercial |
| 17 | 011664/07 | 3/8/07 | JAM Consultants Inc. | Amos Weinberg, Esq. | 49 Somerset Drive South | Great Neck, NY 11020 | Commercial |
| 18 | 021384/00 | 8/1/00 | Mitchell/Martin Inc. | Estrin & Benn LLC | 225 Broadway, Suite 1200 | New York, NY 10007 | Commercial |
| 19 | 059541/08 | 9/24/08 | Pharmacists Now, Inc. | Moss & Associates, P.C. | 93 Cochrane Avenue, Suite One West | Hastings-on-Hudson, NY 10007 | Commercial |
| 20 | 011826/07 | 3/9/07 | The New York Times Company | William J. McDermott LLP | 3000 Hempstead Turnpike, Suite 200 | Levittown, NY 11756 | Commercial |
| 21 | 12044/07 | 6/12/05 | Castiglia, Joseph | Napoli Bern Ripka, LLP | 350 5th Avenue, Suite 7413 | New York, NY 10118 | Medical Malpractice |
| 22 | 5405/08 | 6/13/08 | Marsh, Nadia | David S. Rankin, Esq. | 350 Broadway, Suite 700 | New York, NY 10013 | Commercial |
| 23 | 8360/08 | 9/29/08 | Owens & Minor Distribution, Inc. | King & Spalding, LLP<br>Attn: H. Slayton Dabney, Esq. | 1185 Avenue of the Americas | New York, NY 10036 | Commercial |
| 24 | HUD-P-285062 | 4/10/08 | The Estate of John Lorensen | Court Appointed Estate Administrator: Gary Potters, Potters & Della Pietra | 100 Passaic Avenue | Fairfield, NJ 07004 | Probate |
| 25 | 16845/07 | 8/18/06 | Broadnax/Prince | Thomas J. Genova, Esq. | 445 Hamilton Avenue, Suite 1102 | White Plains, NY 10601 | Medical Malpractice |

| # | Case No. | Date | Party | Attorney | Address | City/State/Zip | Type |
|---|---|---|---|---|---|---|---|
| 26 | 22317/06 | 10/4/05 | Dermargosian, Daneil | Weiss & Rosenbloom, P.C. | 27 Union Square West, Suite 307 | New York, NY 10003 | Medical Malpractice |
| 27 | 17509/07 | 12/10/03 | Halpern, Ronnye | Gary A. Barbanel, Esq. | 270 Madison Avenue, Suite 1410 | New York, NY 10016 | Medical Malpractice |
| 28 | 301525/08 | 12/24/08 | Pascual, Carlos | Scott A. Wolinetz, P.C. | 233 Broadway, 18th Floor | New York, NY 10279 | Medical Malpractice |
| 29 | 028278/08 | 10/15/08 | Daniel P. Devine | Marshall & Bellard | 1305 Franklin Avenue | Garden City, NY 11530 | Commercial |
| 30 | 034559/08 | 12/16/08 | EV3 Inc | Meyers, Saxon & Cole<br>Attn: Robert Saxon, Esq. | 3620 Quentin Road | Brooklyn, NY 11234 | Commercial |
| 31 | 17075/08 | 6/9/08 | Exactech | Meyers, Saxon & Cole<br>Attn: Robert Saxon, Esq. | 3620 Quentin Road | Brooklyn, NY 11234 | Commercial |
| 32 | 21206/08 | 7/18/08 | ISO TIS Inc et al | Heitner & Breitstein<br>Attn: Cary Sternback, Esq. | 26 Court Street | Brooklyn, NY 11242 | Commercial |
| 33 | 16830/08 | 6/9/08 | K2M Inc | Meyers, Saxon & Cole<br>Attn: Robert Saxon, Esq. | 3620 Quentin Road | Brooklyn, NY 11234 | Commercial |
| 34 | 6259/09 | 5/21/09 | Medtronic Spine and Biologics | Meyers, Saxon & Cole<br>Attn: Robert Saxon, Esq. | 3620 Quentin Road | Brooklyn, NY 11234 | Commercial |
| 35 | 6450/07 | 1/1/06 | Wylaz, Wladyslawa | Bernstein & Berstein, Esqs. | 19 West 44th Street, 15th Floor | New York, NY 10036 | Medical Malpractice |
| 36 | 110213/08 | 4/24/09 | Baratti, Corrado M. M.D. | Bleakley Platt & Schmidt, LLP<br>Attn: Michael P. Benenati, Esq. | One North Lexington Avenue | White Plains, NY 10601 | Commercial |
| 37 | 20903/06 | 7/7/05 | Schrank, Linda & Weitz, Phil | Duffy Duffy & Burro, Esqs. | 1370 RexCorp Plaza | Uniondale, NY 11556-0188 | Medical Malpractice |
| 38 | 019531/08 | 10/27/08 | Shore Pharmaceutical Providers, Inc. | Farrell Fritz, P.C.<br>Attn: James M. Wicks, Esq.<br>Attn: Patrick Collins, Esq. | 1320 Reckson Plaza | Uniondale, NY 11556 | Commercial |
| 39 | 600973/09 | 3/26/09 | Beckman Coulter, Inc. | Kazlow & Kazlow<br>Attn: Stephen Rosenblatt, Esq. | 237 West 35th Street, 14th Floor | New York, NY 10001 | Commercial |
| 40 | 111756/06 | 6/7/04 | Bernard, Pierre | Pellegrini & Associates, LLC | 336 West 37th Street, 9th Floor | New York, NY 10018 | Medical Malpractice |
| 41 | 601023/09 | 4/2/09 | McLver, Bruce | Proskauer Rose LLP | 1585 Broadway | New York, NY 10036-8299 | Commercial |
| 42 | 602601/07 | 8/1/07 | Chamberlin Edmonds & Associates, Inc. | Seyfarth Shaw LLP<br>Attn: Richard M. Resnick | 620 Eighth Avenue | New York, NY 10018 | Commercial |
| 43 | 102255/07 | 9/13/06 | Conlin, Diane | Dinkes & Schwitzer, P.C. | 112 Madison Avenue | New York, NY 10016 | Medical Malpractice |
| 44 | 600713/08 | 3/10/08 | Consolidated Edison Company of New York | Consolidated Edison Company of New York<br>Attn: Rosalie G. Zuckerman, Esq.<br>Attn: Leon Z. Mener, Esq.<br>Attn: Richard W. Babinecz, Esq. | 4 Irving Place | New York, NY 10003 | Commercial |
| 45 | 115385/08 | 11/14/08 | Consolidated Edison Company of New York | Consolidated Edison Company of New York<br>Attn: Rosalie G. Zuckerman, Esq.<br>Attn: Leon Z. Mener, Esq.<br>Attn: Richard W. Babinecz, Esq. | 4 Irving Place | New York, NY 10003 | Commercial |
| 46 | 110213/08 | 9/8/08 | Corrado M. Baratti and Corey Eber | Bleakley Platt & Schmidt LLP<br>Attn: Michael P. Benenati, Esq. | One North Lexington Avenue | White Plains, NY 10601 | Commercial |
| 47 | 000350/09 |  | Jose A. Cortes, M.D. | Robinson Brog Leinwand, Greene,Genovese & Gluck LLP | 1345 Avenue of the Americas | New York, NY 10105 | Employment |
| 48 | 115944/06 | 9/1/05 | Daly, Linda | The Offices of David M. Schreier | 240 Madison Avenue, 8th Floor | New York, NY 10016 | Medical Malpractice |
| 49 | 113814/05 | 4/7/04 | Davis, Harles and Isabella Davis | Sheldon E. Green, P.C. | 566 Sunset Drive, Suite 202 | Woodmere, NY 11598 | Medical Malpractice |
| 50 | 100059/07 | 12/29/05 | Demjanenko, Nina | Reingold & Tucker | 26 Court Street | Brooklyn, NY 11242 | Medical Malpractice |
| 51 | 26839/07 | 10/1/07 | Encore Orthopedics | Meyers, Saxon & Cole<br>Attn: Robert Saxon, Esq. | 3620 Quentin Road | Brooklyn, NY 11234 | Commercial |

| # | Case No. | Date | Party | Attorney | Address | City/State/Zip | Type |
|---|---|---|---|---|---|---|---|
| 52 | 601976/07 | 6/13/07 | Glacial | Frank, Frank, Goldstein & Nager P.C. Attn: Peter G. Rubin, Esq. | 460 Park Avenue South | New York, NY 10016 | Commercial |
| 53 | 115207/05 | 5/13/03 | Ivester, Genevieve | Freedhand & Freedhand, P.C. | 8118 13th Avenue | Brooklyn, NY 11228 | Medical Malpractice |
| 54 | 603470/04 | 10/21/04 | Jewish Home & Hospital for Aged | Wolf Faldenstein Adler Freeman & Herz Attn: Stephen H. Orel, Esq. | 270 Madison Avenue | New York, NY 10016 | Commercial |
| 55 | 604173/06 | 12/5/06 | Kaufman Burgeest & Ryan LLP | Michael Meltzer, Esq. | 145 Huguenot Street, Suite 204 | New Rochelle, NY 10801 | Commercial |
| 56 | 12860/07 | 8/5/05 | Kucevic, Ruzdija | David Horowitz, P.C. | 276 Fifth Avenue | New York, NY 10001 | Medical Malpractice |
| 57 | 104741/05 | 12/30/05 | Laganella, Dominic | Locks Law | 110 East 55th Street | New York, NY 11022 | Medical Malpractice |
| 58 | 116923/08 | | Medline Industries, Inc. | Roe Taroff Taitz & Portman, LLP | 31 Oak St. | Patchoguem NY 11772 | Commercial |
| 59 | 115817/08 | 3/2/09 | Mohler, Carole | Gary A. Barbanel, Esq. | 270 Madison Avenue, Suite 1410 | New York, NY 10016 | Medical Malpractice |
| 60 | 10494/08 | 6/23/08 | Moreta, Betty | Marcus Sachs, P.C. Attn: Schwartzapfel, Esq. Attn: Truhowsky, Esq. | 300 Jericho Quadrangle, Suite 180 | Jericho, NY 11753 | Medical Malpractice |
| 61 | 103538/07 | 3/28/05 | Morgan, Sandra | Waldinger Associates, P.C. | 990 Stewart Avenue | Garden City, NY 11530 | Medical Malpractice |
| 62 | 100844/06 | 2/1/04 | Nagy, Eric | Pena & Kahn, PLLC | 1200 Waters Place, Suite M1023 | Bronx, NY 10461 | Medical Malpractice |
| 63 | 600713/08 | 4/15/08 | North American Partners in Anesthesia, LLP | Nixon Peabody, LLP Attn: Daniel C. Gibbons, Esq. | 50 Jericho Quadrangle, Suite 3000 | Jericho, NY 11735 | Commercial |
| 64 | 603022/08 | 10/21/08 | Omni Funding Corp of America | Maidenbaum & Associates | 875 6th Avenue, #1905 | New York, NY 10001-3507 | Commercial |
| 65 | 601443/07 | 5/1/07 | Peter Sheehan | Michael J. Berman & Associates | 15 Maiden Lane | New York, NY 10038 | Commercial |
| 66 | 102590/08 | 2/15/08 | Premier Home Health Care Services Inc. | Kenneth A. Elan, Esq. | 217 Broadway | New York, NY 10007 | Commercial |
| 67 | 110621/08 | 8/5/08 | Proskauer Rose LLP | Proskauer Rose LLP Attn: Bart Schectman, Esq. | 1585 Broadway | New York, NY 10036 | Commercial |
| 68 | 601405/08 | 4/22/08 | Reliable Community Care Inc. | Amos Weinberg, Esq. | 49 Somerset Drive South | Great Neck, NY 11020 | Commercial |
| 69 | 109017/08 | 6/27/08 | Risk Management Planning Group Inc. | Philip A. Greenberg, Esq. | 10 Park Avenue South, Suite 2A | New York, NY 10016 | Commercial |
| 70 | 10467/07 | 4/9/09 | Sawaryn, Oskana | Laurence M. Deutch Law Firm, P.C. | 363 Seventh Avenue, Suite 400 | New York, NY 10001 | Medical Malpractice |
| 71 | 103850/08 | 3/14/08 | SCS Printing & Office Products | Loyd & Reilly, PLLC Attn: William J. Loyd, Esq. | 77 Mill Road | Freeport, NY 11520 | Commercial |
| 72 | 601734/08 | 6/11/08 | Siemens Financial Services | Benowich Law, LLP | 1025 Westchester Avenue | White Plains, NY 10604 | Commercial |
| 73 | 118013/06 | 8/26/06 | Sullivan, James | Jonathan Rice, Esq. | 247 West 35th Street, 12th Floor | New York, NY 10001 | Medical Malpractice |
| 74 | 113813/07 | 5/12/05 | Taylor, Brenda | Sam Rosmarin, PLLC | 11 Maritine Avenue, 9th Floor | White Plains, NY 10606 | Medical Malpractice |
| 75 | 117208/06 | 4/1/05 | Tom, Edward | Steve E. North, P.C. | 148 East 74th Street | New York, NY 10021 | Medical Malpractice |
| 76 | 115310/07 | 7/18/06 | Zambelli, Patricia | Pulvers, Pulvers & Thompson, L.L.P. | 110 East 59th Street, 25th Floor | New York, NY 10022 | Medical Malpractice |
| 77 | 14559/07 | 2/2/05 | Apelian, Charles | Law Office of Robert F. Danzi | 900 Merchants Concourse, Suite 314 | Westbury, NY 11590 | Medical Malpractice |
| 78 | 5161/05 | 5/28/03 | Arboleda | Popick, Rutman & Jaw | 14 Elizabeth St, Suite 701 | New York, NY 10013 | Medical Malpractice |

| No. | Case No. | Filed Date | Plaintiff | Plaintiff Counsel | Plaintiff Street Address | City, State, Zip | Description/Comments |
|---|---|---|---|---|---|---|---|
| 79 | 17758/07 | 1/13/06 | Baichoo, Anita | Bonina & Bonina, P.C. | 16 Court Street, Suite 1800 | Brooklyn, NY 11242 | Medical Malpractice |
| 80 | 4114/08 | 6/14/06 | Bhagat, Himal | Waldinger Associates, P.C. | 990 Stewart Avenue | Garden City, NY 11530 | Medical Malpractice |
| 81 | 8832/05 | 1/25/05 | Guadalupe, Mercedes | Law Offices of Michael M. Goldberg, P.C. | 31 East 32nd Street, 4th Floor | New York, NY 10016 | Medical Malpractice |
| 82 | 036519/01 | 2/16/01 | Rentokil-Pest Control Inc., AKA Rentokil Inc. - Pest Control Services | Bert Taras, Esq. | PO Box 149 | Old Westbury, NY 11568 | Commercial |
| 83 | 100393/08 | 2/1/08 | Radiosurgery New York, LLC, and Gilbert Lederman | Tracy & Stillwell, P.C. | 1688 Victory Blvd | Staten Island, NY, 10314 | Commercial |
| 84 | 24060/09 | 6/23/09 | A. Kingsbury Co., Inc. | Bondi & Iovino, Esqs. | 1055 Franklin Avenue, Suite 206 | Garden City, NY 11530 | Commercial |
| 85 | 103380/09 | 10/23/06 | Linda Thompson | Ditomoasso Santoriella PC | 335 Adam Street, Suite 2720 | Brooklyn, NY 11201 | Personal Injury |
| 86 | 9903/08 | 10/31/06 | Herminia Bastista | John J. Ciafone, Esq. | 25-29 Steinway Street, Suite 2F | Astoria, NY 11103 | Medical Malpractice |
| 87 | 112872/08 | 3/25/06 | Denise Galon | | 135 East 17th Street, #5F | New York, NY 10003 | Medical Malpractice |
| 88 | 25282/03 | | Pooran Partovi | Lawrence Hyman, Esq. | 25-10 Queens Blvd. | Kew Gardens, NY 11415 | Medical Malpractice |
| 89 | 3217/09 | 2/10/09 | Quanesha Stinnie | Robert A. Flaster, P.C. | 225 Broadway, Suite 1505 | New York, NY 10007 | Personal Injury |

**ARBITRATION**

| No. | Case No. | Filed Date | Plaintiff | Plaintiff Counsel | Plaintiff Street Address | City, State, Zip | Description/Comments |
|---|---|---|---|---|---|---|---|
| 1 | 200835 | 2/7/08 | Briscoe Protective Systems | Kirshcenbaum & Kirschenbaum PC Attn: Evan Z. Soshnick, Esq. | 200 Garden City Plaza, Suite 500 | Garden City, NY 11530 | Arbitration |
| 2 | A-012909-716 | | GME Solutions LLC | Guzov Ofsink, LLC | 600 Madison Ave, 14Floor | New York, NY 10022 | Arbitration |