Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Frank A. Oswald
Lara R. Sheikh
James J. Lee

Proposed Bankruptcy Counsel for
  the Debtor and Debtor in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
In re:                                                       :        Chapter 11
                                                             :        Case No. 09-_____ (____)
CABRINI MEDICAL CENTER,                                      :
                                                             :
                                  Debtor.                    :
                                                             :
-------------------------------------------------------------x

## STATEMENT OF CORPORATE OWNERSHIP PURSUANT
## TO BANKRUPTCY RULES 1007(a)(1) AND 7007.1

        Pursuant to Bankruptcy Rules 1007(a)(1) and 7007.1, the above-captioned debtor (the "Debtor") makes the following disclosure concerning corporate affiliation:

        The Debtor is a not for profit corporation and, as such, does not have any equity interest holders to report pursuant to Bankruptcy Rule 7007.1(a).

        I, Diane Kniejski, Chief Operating Officer of the Debtor, as an authorized officer of the Debtor in this Chapter 11 case, state under penalty of perjury that the foregoing is true and correct as of the date hereof, to the best of my knowledge, information and belief.

Dated:  New York, New York
        July 9, 2009


                                /s/ Diane Kniejski
                                DIANE KNIEJSKI
                                CHIEF OPERATING OFFICER