BLEAKLEY PLATT & SCHMIDT, LLP
One North Lexington Avenue
White Plains, New York 10601
(914) 949-2700
John I. O'Neill, Esq. (JO-9714)
*Attorneys for Corey Eber*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

AFFIDAVIT OF SERVICE
Case No. 09-14398 (AJG)
Chapter 11

In re:

    CABRINI MEDICAL CENTER,

                    Debtor.

STATE OF NEW YORK            )
                                ss.:
COUNTY OF WESTCHESTER  )

      TINA GOLDSTEIN, being duly sworn, deposes and says: that deponent is not a party to the action, is over 18 years of age and resides at Putnam County.

      That on the 23rd day of July, 2009 deponent served the within **Notice of Appearance** upon the annexed Service List at the address designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

                                                                  TINA GOLDSTEIN

Sworn to before me this
29th day of July, 2009

            Notary Public

                      ELIZABETH A. MONROIG
                 Notary Public, State of New York
                         No. 01MO4728577
                 Qualified in Westchester County
                 Commission Expires: 2/6/11

*F:\LITJON\Eber\Cabrini\NoticeApp.wpd*
*February 23, 2007 (3:17pm)*

Service List

*In re* Cabrini Medical Center, Debtor
Case No. 09-14398 (ajg); Chapter 11

Frank A. Oswald, Esq.
Togut, Segal & Segal LLP
One Penn Plaza
New York, NY 10119

Greg M. Zipes, Esq.
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, New York 10004

Craig Freeman, Esq.
Alston & Bird LLP
90 Park Avenue
New York, NY 10016

Tracy L. Klestadt, Esq.
Klestadt & Winters, LLP
292 Madison Avenue, 17th Floor
New York, NY 10017

Hawkins Delafield & Wood, LLP
Attn: Roger J. Bagley
Lloyd S. Lowy
One Chase Manhattan Plaza
New York, NY 10005-1401

Ruff, Weidenaar & Reidy, Ltd.
Attn: Stephen L. Ruff, Jr.
William B. Weidenaar
222 North LaSalle Street, Suite 700
Chicago, IL 60601

Suzanne Hepner, Esq.
Levy Ratner, P.C.
80 Eighth Avenue
New York, NY 10011

KELLEY DRYE & WARREN LLP
Benjamin D. Feder
Jordan A. Bergman
101 Park Avenue
New York, New York 10178

Scott I. Davidson, Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036

Avrum J. Rosen, Esq.
The Law Offices of Avrum J. Rosen, PLLC
38 New Street
Huntington, New York 11743

Richard W. Babinecz
Leon Z. Mener, Esq.
4 Irving Place, Room 1875-S
New York, NY 10003

Michael L. Schein, Esq.
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY 10019

Thomas R. Slome, Esq.
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
PO Box 9194
Garden City, New York 11530

Richard M. Meth, Esq.
DAY PITNEY LLP
P.O. BOX 1945
MORRISTOWN, NJ 07962-1945

HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, VA 23223

Michael A. Cardozo
Corporation Counsel of the City of New York
100 Church Street, Room 5-223
New York, NY 10007
Att'n: Gabriela P Cacuci, Esq.

BERNSTEIN LAW FIRM, P.C.
Kirk B. Burkley, Esq.
2200 Gulf Tower
Pittsburgh, PA 15219