Frank L. Pellegrini, Esq. NYB No. FP-0876
PELLEGRINI & ASSOCIATES, LLC
336 West 37th Street, Suite 905
New York, New York 10018
Phone: (212) 219-8312
Fax: (212) 925-1702
Email: f_pellegrini@msn.com

Attorney for Creditor Pierre Bernard

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re:   Case No.: 09-14398 (AJG)

CABRINI MEDICAL CENTER,

**NOTICE OF MOTION**

Debtor.

-----------------------------------------------------------x

**SIRS:**

**PLEASE TAKE NOTICE** upon the annexed Affirmation of FRANK L. PELLEGRINI, ESQ., the Memorandum of Law in Support thereof and the exhibits attached thereto, and upon all the proceedings heretofore had herein, a Motion will be made by Plaintiff Pierrre Bernard, before Honorable Judge Arthur J. Gonzalez at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004-1408 on September 23, 2009 at 10:00 a.m. in the forenoon of that day, or as soon thereafter as counsel may be heard, for an Order pursuant to 11 U.S.C. §362(d)(1) of the Bankruptcy Code, granting Plaintiff Pierre Bernard's motion for relief from the automatic stay held against his Medical Malpractice action by Cabrini Medical Center.

1

**PLEASE TAKE FURTHER NOTICE** that answering papers, if any, are required to be served upon the undersigned within ten (10) days of the date of this notice.

Dated: New York, New York
September 11, 2009

                Yours, etc.,

                PELLEGRINI & ASSOCIATES, LLC
                /s/ Frank L. Pellegrini

                Frank L. Pellegrini, Esq. NYB No. FP-0876
                PELLEGRINI & ASSOCIATES, LLC
                336 West 37th Street, Suite 905
                New York, New York 10018
                Phone: (212) 219-8312
                Fax: (212) 925-1702
                Email: f_pellegrini@msn.com

TO:  Garfunkel, Wild & Travis, PC
      111 Great Neck Road, 5th Floor
      Great Neck, New York 11021
      (516) 393-2588

      Togut, Segal & Segal LLP
      One Penn Plaza
      New York, NY 10119
      (212) 594-5000

      United States Trustee
      33 Whitehall Street, 21st Floor
      New York, NY 10004
      (212) 510-0500

      Kurtzman Carson Claims Agent
      2335 Alaska Avenue
      El Segundo, CA 90245
      (310) 823-9000

      Alston & Bird, LLP
      90 Park Avenue
      New York, New York 10016
      (212) 210-9591

GARBARINI & SCHER, P.C.
Attorneys for Defendants CABRINI MEDICAL CENTER, DANIEL RAHMAN,
M.D., and "JOHN DOE"
432 Park Avenue South, 9th Floor
New York, New York 10016
(212) 689-1113

VOUTE, LOHRFINK, MAGRO & COLLINS
Attorneys for Defendant RICK SAYEGH, M.D.
170 Hamilton Avenue
White Plains, New York 10601-1400
(914) 946-1400

GORDON & SILBER, P.C.
Attorneys for Defendant SEBASTIANO CASSARO, M.D
355 Lexington Avenue, 7th Floor
New York, New York 10017
(212) 834-0600