# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

Chapter 11 Case

**CABRINI MEDICAL CENTER**

Case No. 09-14398 (AJG)

Debtor.

STATE OF NEW YORK     )
                      ) SS:
COUNTY OF NEW YORK    )

### AFFIDAVIT OF CHARLES M. BERK IN SUPPORT OF APPLICATION FOR AN ORDER PURSUANT TO 11 U.S.C. § 1103 AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF CBIZ ACCOUNTING, TAX & ADVISORY OF NEW YORK, LLC AND CBIZ, INC. AS FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Charles M. Berk being duly sworn, deposes and says

1. I am a Certified Public Accountant, licensed under the laws of the State of New York and I am a Managing Director of CBIZ Accounting, Tax & Advisory of New York, LLC, with offices at 1065 Avenue of the Americas, New York, N.Y. 10018. CBIZ Accounting, Tax & Advisory of New York, LLC and its affiliates with offices throughout the country are wholly-owned subsidiaries of CBIZ, Inc. (collectively "CBIZ"). CBIZ is a full service business services firm and we intend to use resources from any office or subsidiary of CBIZ as necessary.

2. Other than the initial communication between my firm and representatives of the Official Committee of Unsecured Creditors (the "Committee") of the Debtor with respect to the retention of my firm in this case, neither I nor, to the best of my knowledge, any other member or employee of my firm had any business, or other connection, with the Debtor, its attorneys or accountants, or any other party in interest.

3. I have performed an examination of entities who may be Parties In Interest in this Chapter 11 case, and to the best of my knowledge neither my firm nor any associate thereof, has had any connection with the Debtor's creditors or any other Party In Interest herein, except CBIZ may have (a) worked with and/or for the professionals in this Chapter 11 case in other Chapter 11 cases, or (b) been, or may be currently, engaged as accountants by certain other creditors of the Debtor, although no one professional and/or creditor has comprised more than 1% of the firm's revenue.

1

Committee).

  i. Assist the Committee in its review of the financial aspects of any proposed asset purchase agreement or evaluating any plan of reorganization/liquidation. If applicable, assist the Committee in negotiating, evaluating and qualifying any competing offers.

  j. Attend meetings with representatives of the Committee and its counsel. Prepare presentations to the Committee that provides analyses and updates on diligence performed.

  k. Perform any other services that may be necessary in our role as accountants/financial advisors to the Committee or that may be requested by Committee counsel or the Committee.

8. Your deponent respectfully requests that an order of retention be entered based on the following hourly rates, to be substantiated at a later date by a petition of allowance with leave to file a petition for an interim allowance. Expenses will be billed as incurred.

| | |
|---|---|
| Directors and Managing Directors | $390 to $645 per hour |
| Managers and Senior Managers | $260 to $390 per hour |
| Senior Associates and Staff | $130 to $260 per hour |

9. Periodically, our hourly rates are subject to firm - wide adjustment.

WHEREFORE your deponent asks for an appropriate order of employment *nunc pro tunc* to November 30, 2009.

CBIZ Accounting, Tax & Advisory of New York, LLC

_____
Charles M. Berk

Sworn to and subscribed to before
me this 14th day of December 2009

_____
Notary Public,

LISA STUHR
NOTARY PUBLIC-STATE OF NEW YORK
No. 01ST6203840
Qualified in New York County
My Commission Expires April 13, 2013

3