KLESTADT & WINTERS, LLP
Tracy L. Klestadt
Sean C. Southard
Counsel to the DIP Lender
292 Madison Avenue, 17th Floor
New York, New York 10017
(212) 972-3000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CABRINI MEDICAL CENTER, | : | Case No. 09-14398 (AJG) |
| | : | |
| Debtor. | : | |
| | : | |
| | : | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Stephanie Fraser, being duly sworn, deposes and says:

1. I am over the age of 18, am not a party to this action, and am employed by Klestadt & Winters, LLP, 292 Madison Avenue, 17th Floor, New York, New York, 10017

2. On the 13th day of January, 2010, I served copies of:

   LIMITED OBJECTION AND RESERVATION OF RIGHTS BY
   THE DIP LENDER WITH RESPECT TO FIRST INTERIM FEE
   APPLICATIONS OF ESTATE PROFESSIONALS

by first class mail, by depositing a true copy thereof enclosed post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon all parties listed on Schedule A.

                                                          */s/Stephanie Fraser*_____
                                                          Stephanie Fraser

Sworn to and subscribed before me this
13th day of January, 2010

*/s/Sean C. Southard*___
Notary Public

# SCHEDULE A

Martin Bunin, Esq.
Alston & Bird LLP
90 Park Avenue
New York, NY 10016-1387

Craig Freeman, Esq.
Alston & Bird LLP
90 Park Avenue
New York, NY 10016-1387

Frank Oswald, Esq.
Togut, Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY 10119

Burton Weston, Esq.
Garfunkel, Wild & Travis LLP
111 Great Neck Road
Suite 503
Great Neck, NY 11021

Andrew Schwartz
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Judge Arthur J. Gonzalez
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408