UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CABRINI MEDICAL CENTER, | ) Case No. 09-14398 (AJG) |
|  | ) |
| Debtor. | ) |
|  | ) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Jennifer Grageda, depose and say that I am employed by Kurtzman Carson Consultants LLC, "KCC," the claims and noticing agent for the Debtor in the above-captioned case.

On or before January 21, 2010, at my direction and under my supervision, employees of KCC caused the following document to be served per postal forwarding address via First-Class Mail on the service list attached hereto as **Exhibit A**:

- Notice of Auction and Hearing to Consider Approval of Sale of Cabrini Medical Center's Real Property and Related Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests, attached hereto as **Exhibit B**

Dated: January 22, 2010

Jennifer Grageda

State of California, County of Los Angeles

Subscribed and sworn to before me on this 22nd day of January, 2010, by Jennifer Grageda, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature: _____
Notary Public



AIMEE M. PAREL
Commission # 1866499
Notary Public - California
Los Angeles County
My Comm. Expires Sep 27, 2013

# Exhibit A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Birns Telecommunications Inc | | PO Box 1219 | New York | NY | 10113-1219 |
| Claimtech Inc | | Po Box 66601 | Albany | NY | 12206-6601 |
| Comm of Taxation & Finance | | State Camp Tax Finance No 8-438 | Albany | NY | 12227-0001 |
| David Schwam | | 111 3rd Ave Apt 10G | New York | NY | 10003-5521 |
| Fox Hollow Technologies Inc | | 9600 54th Ave N Ste 1 | Minneapolis | MN | 55442-1958 |
| Jacqueline Algarin | | 227 E 57th St Apt 20C | New York | NY | 10022-2840 |
| La Bodega | | 625 Broadway Fl 8 | New York | NY | 10012-2641 |
| Langanella, Dominic | Locks Law | 7473rd Ave Rm 9700 | New York | NY | 10017-2812 |
| NYS Dept of Taxation & Finance | Tax Compliance Division | State Camp Tax Finance No 8-438 | Albany | NY | 12227-0001 |
| Roni Roitman | | 256 Sunshine Ct | Englishtown | NJ | 07726-4725 |
| The Assisted Living Federation of America | | PO Box 137 | Catharpin | VA | 20143-0137 |
| X L Care Agency Inc | | 1801 Lee Rd Ste 245 | Winter Park | FL | 32789-2101 |

# Exhibit B

|  | AUCTION DATE AND TIME: | January 28, 2010 at 10:00 a.m. |
|---|---|---|
|  | BID DEADLINE DATE AND TIME: | January 25, 2010 at 4:00 p.m. |
|  | OBJECTION DEADLINE DATE AND TIME: | January 27, 2010 at 4:00 p.m. |
|  | SALE HEARING DATE AND TIME: | February 3, 2010 at 9:30 a.m. |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re: : Chapter 11
: Case No. 09-14398 (AJG)
CABRINI MEDICAL CENTER, :
:
Debtor. :
:
------------------------------------------------------------x

**NOTICE OF AUCTION AND HEARING TO CONSIDER
APPROVAL OF SALE OF CABRINI MEDICAL CENTER'S
REAL PROPERTY AND RELATED ASSETS FREE AND CLEAR
OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS**

**NOTICE IS HEREBY GIVEN** that:

1. On July 9, 2009, Cabrini Medical Center ("Cabrini" or the "Debtor") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. On December 4, 2009 Cabrini filed a motion (the "Motion") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") requesting, among other things, (i) the approval of bidding procedures (the "Bidding Procedures") in connection with the sale of the Debtor's real property and related assets (collectively, the "Assets") as described in the Motion, and (ii) the scheduling of a bid deadline, auction date, and sale hearing (the "Bidding Schedule"). On December 30, 2009, the Bankruptcy Court entered an order (the "Bidding Procedures Order") approving, among other things, the Bidding Procedures, and establishing the Bidding Schedule.

2. Copies of the Motion, the Bidding Procedures, and the Bidding Procedures Order may be obtained by: (i) accessing the Bankruptcy Court's website at www.nysb.uscourts.gov, (ii) contacting the Office of the Clerk of the Bankruptcy Court at One Bowling Green, New York, New York 10004, or (iii) contacting Dawn Person at

Togut, Segal & Segal LLP, attorneys for the Debtor, at (212) 594-5000. A PACER password is needed to access documents on the Court's website.

3. The Debtor and the Purchaser have entered into a contract of sale (the "Purchase Agreement"), for the sale of the Assets. As set forth in the Bidding Procedures, the sale of the Assets is subject to higher or better offers and Bankruptcy Court approval.

4. All interested parties are invited to make offers for the Assets in accordance with the terms of the Bidding Procedures and Bidding Procedures Order. The deadline to submit offers (the "Bid Deadline") is **January 25, 2010**, at 4:00 p.m. New York time. Pursuant to the Bidding Procedures Order, if two or more qualified Bids are received by the Bid Deadline, the Debtor will conduct an auction (the "Auction") for the sale of the Assets at Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, New York, on **January 28, 2010** at 10:00 a.m., or such later time or other place, within New York City, as decided by the Debtor.

5. A Sale Hearing will be held on **February 3, 2010**, at 9:30 a.m. before the Honorable Arthur J. Gonzalez, United States Bankruptcy Judge, in Room 523 of the Bankruptcy Court, One Bowling Green, New York, New York.

6. At the Sale Hearing, the Debtor will request that the Bankruptcy Court enter an order, among other things, approving the prevailing bid for the Assets, or the Purchase Agreement (which will be determined as described in the Bidding Procedures), pursuant to which the Debtor will transfer some or all of the Assets. In addition, the Debtor will request that the order provide that the transfer of the Assets is free and clear of all liens, claims and interests, including possessory leasehold interests (other than certain permitted exceptions).

7. At the Sale Hearing, the Bankruptcy Court may enter such orders as it deems appropriate under applicable law and as required by the circumstances and equities of this Chapter 11 case. Objections, if any, to the sale of some or all of the Assets pursuant to the terms of the agreement reached between the Debtor and the successful bidder for the Assets, or the Purchase Agreement, as applicable, must be in writing and filed with the Bankruptcy Court and delivered to the Chambers of the Honorable Arthur J. Gonzalez, United States Bankruptcy Judge, United States Bankruptcy Court, One Bowling Green, Room 528, New York, New York 10004, must conform to the Bankruptcy Rules and the Local Rules of the Bankruptcy Court, must set forth the name of the objecting party, the nature and amount of any claims or interests held or asserted against the Debtor's estate or properties, the basis for the objection and the specific grounds therefor, and must be served upon: (i) the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York, 10004, Attn.: Andrea Schwartz, Esq.; (ii) Togut, Segal & Segal LLP, attorneys for the Debtor, One Penn Plaza, Suite 3335, New York, New York 10119, Attn.: Frank A. Oswald, Esq. and Howard P. Magaliff, Esq.; (iii) Garfunkel, Wild & Travis P.C., special counsel for the Debtor, 111 Great Neck Road, Great Neck, New York 11021, Attn.: Burton Weston, Esq.; (iv) Alston & Bird, LLP, attorneys for the Official Committee of the Unsecured Creditors, 90 Park Avenue, New York, New York 10016, Attn.: Martin Bunin, Esq. and Craig Freeman, Esq.; (v) Klestadt & Winters, LLP, counsel to the post-petition lender, 292 Madison Avenue, New York, NY 10017, Attn.: Tracy Klestadt, Esq. and Sean C. Southard, Esq.; (vii) Proskauer Rose LLP, attorneys for Cabre Partners LLC, 1585 Broadway, New York, NY 10036, Attn.: Jeffrey Levitan, Esq.; and (viii) all other parties that have filed notices of appearance in this Chapter 11 case, so as to be received by 4:00 p.m. on **January 27, 2010**.

3

8.  All requests for information concerning the sale of the Assets should be directed by written request to Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, New York 10119, Attn.: Frank A. Oswald, Esq. and Howard P. Magaliff, Esq. or by contacting Grubb & Ellis New York, Inc., real estate broker to the Debtor, Neil C. Helman at (212) 326-4999 or Vincent Carrega at (212) 326-4929.

Dated: New York, New York
January 5, 2010

TOGUT, SEGAL & SEGAL LLP
Attorneys for Cabrini Medical Center, D.I.P.
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Attn: Frank A. Oswald, Esq.