UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                         :

In re:                                            :        Chapter 11
                                                    :        Case No. 09-14398 (AJG)

CABRINI MEDICAL CENTER,         :

                              Debtor.      :

-------------------------------------------------------------x

# ORDER PURSUANT TO SECTION
# 1121(d) OF THE BANKRUPTCY CODE FURTHER
# EXTENDING THE DEBTOR'S EXCLUSIVE PERIODS TO FILE
# A CHAPTER 11 PLAN AND TO SOLICIT ACCEPTANCES THEREOF

Upon the motion (the "Motion") of Cabrini Medical Center (the "Debtor"), as debtor and debtor in possession herein, by its attorneys, Togut, Segal & Segal LLP, for an order pursuant to section 1121(d) of the Bankruptcy Code further extending for 90 days the exclusive periods within which only the Debtor may file a Chapter 11 plan(s) and solicit acceptances thereto;  and notice of the Motion having been given to all parties entitled to receive notice;  and therefore, good and sufficient notice of the Motion having been given, and no adverse interest appearing;  and a hearing to consider the Motion having been held on January 27, 2010;  and after due deliberation and sufficient cause existing therefor;  it is

**ORDERED**, that the Motion be, and it hereby is, granted to the extent provided below;  and it is further

**ORDERED**, that the Debtor's exclusive period to file a plan pursuant to section 1121 of the Bankruptcy Code be, and it hereby is, extended through and including April 30, 2010, and the Debtor's exclusive period for obtaining acceptances of such plan under section 1121 of the Bankruptcy Code is extended through and including June 29, 2010; and it is further

**ORDERED**, that the extensions of the times provided herein are without prejudice to the Debtor's right to seek a further extension(s) of time under section 1121 of the Bankruptcy Code upon proper application and notice.

DATED: New York, New York
         January 27, 2010

<u>s/Arthur J. Gonzalez</u>
HONORABLE ARTHUR J. GONZALEZ
UNITED STATES BANKRUPTCY JUDGE