UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                  :

In re:                                       :         Chapter 11
                                                  :         Case No. 09-14398 (AJG)

CABRINI MEDICAL CENTER,             :

                       Debtor.        :

-------------------------------------------------------------x

### *EX PARTE* ORDER SCHEDULING A HEARING ON DEBTOR'S MOTION PURSUANT TO RULE 9019 of THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR ORDER APPROVING A SETTLEMENT AND LEASE SURRENDER AGREEMENT WITH GPDDC, L.L.C. AND RESOLVING OBJECTION TO THE DEBTOR'S SALE MOTION

Upon the Debtor's motion for entry of an order scheduling a hearing on the Debtor's motion (the "GPDDC Settlement Motion") for an order approving the settlement of GPDDC, L.L.C.'s objection to the Debtor's Sale Motion[1] and fixing the notice requirements for same; and the Court having reviewed the GPDDC Settlement Motion; and after due deliberation and sufficient cause appearing therefor, it is

**ORDERED**, that a hearing to consider the GPDDC Settlement Motion will be held on February 10, 2010, at 9:30 a.m. New York time, or as soon thereafter as counsel may be heard, before the Honorable Arthur J. Gonzalez, United States Bankruptcy Judge, in Room 523 of the Bankruptcy Court, One Bowling Green, New York, New York; and it is further

**ORDERED**, that service of the GPDDC Settlement Motion and a copy of this Order within two (2) business days of the entry hereof by overnight mail or elec-

---

[1]     Capitalized terms not defined in this Order are defined in the GPDDC Settlement Motion.

tronic transmission, on (i) counsel to the Creditors' Committee; (ii) counsel for the DIP Lender; (iii) the Office of the U.S. Trustee; and (iv) counsel for GPDDC; and by first class mail upon all other parties that filed notices of appearance in this Chapter 11 case, will be adequate and sufficient; and it is further

**ORDERED**, that responses, if any, to the GPDDC Settlement Motion must be made in writing, must state with particularity the reasons for the objection or response, and must be filed with the Clerk of the Bankruptcy Court, with copies delivered to the Bankruptcy Court and received by the Chambers of the Honorable Arthur J. Gonzalez, Chief United States Bankruptcy Judge, United States Bankruptcy Court, One Bowling Green, Room 528, New York, New York 10004-1408, must conform to the Bankruptcy Rules and the Local Rules of the Bankruptcy Court, must set forth the name of the objecting party, the basis for the objection and the specific grounds therefor, and must be served upon: (i) the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York, 10004, Attn.: Andrea Schwartz, Esq.; (ii) Togut, Segal & Segal LLP, attorneys for the Debtor, One Penn Plaza, Suite 3335, New York, New York 10119, Attn.: Frank A. Oswald, Esq. and Howard P. Magaliff, Esq.; (iii) Garfunkel, Wild & Travis P.C., special counsel for the Debtor, 111 Great Neck Road, Great Neck, New York 11021, Attn.: Burton Weston, Esq.; (iv) Alston & Bird, LLP, attorneys for the Official Committee of the Unsecured Creditors, 90 Park Avenue, New York, New York 10016, Attn.: Martin Bunin, Esq. and Craig Freeman, Esq.; (v) Klestadt & Winters, LLP, counsel to the post-petition lender, 292 Madison Avenue, New York, NY 10017, Attn.: Tracy Klestadt, Esq. and Sean C. Sou-

thard, Esq.; and (vii) Cozen O'Connor, counsel to GPDDC, 457 Haddonfield Road, Suite 300, Cherry Hill, New Jersey 08002, Attn.: Arthur J. Abramowitz, Esq., so that they

are filed and actually received by them not later than 4:00 p.m. on February 9, 2010.  Objections not timely served and filed will not considered by the Court.

Dated:   New York, New York
   February 3, 2010     s/Arthur J. Gonzalez
              ARTHUR J. GONZALEZ
              CHIEF U.S. BANKRUPTCY JUDGE