TOGUT, SEGAL & SEGAL LLP                           HEARING DATE: 2/11/10 AT 1:00 P.M.
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Frank A. Oswald
James J. Lee

*Bankruptcy Counsel for
the Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                    :
In re:                                              :    Chapter 11
                                                    :    Case No. 09-14398 (AJG)
CABRINI MEDICAL CENTER,                             :
                                                    :
                        Debtor.                     :
                                                    :
-------------------------------------------------------------x

## PROPOSED AGENDA FOR HEARING
## SCHEDULED FOR FEBRUARY 11, 2010 AT 1:00 P.M.

Location of Hearing:   United States Bankruptcy Court for the Southern District of
                       New York, Alexander Hamilton U.S. Custom House, Room
                       523, One Bowling Green, New York, NY 10004

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

        A.      **UNCONTESTED MATTER**

        B.      **CONTESTED MATTER**

        C.      **PRETRIAL CONFERENCE**

A.      <u>**UNCONTESTED MATTER**</u>:

1. Debtor's Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure for Order Approving a Settlement and Lease Surrender Agreement with GPDDC, L.L.C. and Resolving Objection to the Debtor's Sale Motion [Docket No. 279].

    <u>Responses Due:</u>     February 9, 2010 at 4:00 p.m.

    <u>Related Documents:</u>

(a) Objection of GPDDC, L.L.C. to Motion to Sell Assets Free and Clear of Liens, Claims and Encumbrances and Other Interests [Docket No. 194];

(b) *Ex Parte* Order Scheduling a Hearing on Debtor's Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure for Order Approving a Settlement and Lease Surrender Agreement with GPDDC, L.L.C. and Resolving Objection to the Debtor's Sale Motion [Docket No. 284]; and

(c) Affidavit of Service of *Ex Parte* Order Scheduling a Hearing on Debtor's Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure for Order Approving a Settlement and Lease Surrender Agreement with GPDDC, L.L.C. and Resolving Objection to the Debtor's Sale Motion [Docket No. 287].

Status: This matter is going forward at 1:00 p.m.

Estimated Time: 10 minutes.

2. Debtor's Motion to Approve (i) the Sale of Its Real Property and Related Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, and (ii) The Assumption and Assignment of Executory Contracts in Connection with Such Sale [Docket No. 182] (the "Sale Motion").

Status: Hearing on this matter was held on Feb. 3, 2010. Entry of order approving the relief requested in the Sale Motion is subject to entry of order approving the settlement and lease surrender agreement with GPDDC, L.L.C.

**B. CONTESTED MATTER**

1. Debtors' Motion for an Order Authorizing the Debtor to Enter into Agreements Extending and Modifying Employment Agreements with the Debtor's Chief Operating Officer and Chief Financial Officer and Granting Related Relief [Docket No. 227].

Responses Due: January 22, 2010 at 4:00 p.m.

Related Documents:

(a) Affidavit of Service [Docket No. 252].

Response:

(a) Objection of the United States Trustee to Motion for Order Authorizing Debtor to Enter Into Agreements Extending and Modifying Executive Employment Agreements with Debtor's Chief

Operating Officer and Chief Financial Officer and Granting Related Relief [Docket No. 259].

Reply:

(a) Debtor's Response to the Objection of the United States Trustee to Motion for Order Authorizing Debtor to Enter Into Agreements Extending and Modifying Executive Employment Agreements with Debtor's Chief Operating Officer and Chief Financial Officer and Granting Related Relief [Docket No. 288]; and

(b) Affidavit of Diana Kniejski in Support of Debtors' Motion for an Order Authorizing the Debtor to Enter into Agreements Extending and Modifying Employment Agreements with the Debtor's Chief Operating Officer and Chief Financial Officer and Granting Related Relief Docket No. 289].

Status: This matter is going forward at 1:00 p.m.

Estimated Time: 20 minutes.

C. **PRETRIAL CONFERENCE**

1. Complaint of The Official Committee of Unsecured Creditors of Cabrini Medical Center against Missionary Sisters of the Sacred Heart (Illinois), *et al.*, Adv. Pro. No. 09-01639 (AJG) [Docket No. 1].

   Answers Due: December 3, 2009

   Related Documents:

   (a) Summons with Notice of Pretrial Conference [Docket No. 2];

   (b) Affidavit of Service of Summons with Notice of Pretrial Conference and Complaint [Docket No. 3];

   Answers:

   (a) Answer of Missionary Sisters of the Sacred Heart (Illinois) [Docket No. 4]; and

   (b) Answer of Missionary Sisters of the Sacred Heart (New York) [Docket No. 5].

<u>Status:</u>     This matter is going forward at 1:00 p.m.

<u>Estimated Time:</u>     20 minutes.

Dated:   New York, New York
         February 9, 2010

                                            TOGUT, SEGAL & SEGAL LLP
                                            Bankruptcy Counsel for the
                                             Debtor and Debtor in Possession
                                            By:

                                            <u>/s/Frank A. Oswald</u>
                                            FRANK A. OSWALD
                                            A Member of the Firm
                                            One Penn Plaza, Suite 3335
                                            New York, New York  10119
                                            (212) 594-5000