UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                :
In re:                                          :    Chapter 11
                                                :    Case No. 09-14398 (AJG)
CABRINI MEDICAL CENTER,                         :
                                                :
                              Debtor.           :
                                                :
------------------------------------------------------------x

## NOTICE OF CHANGE FOR ADDRESS OF CABRINI MEDICAL CENTER

**PLEASE TAKE NOTICE** that effective as of October 15, 2010, Cabrini Medical Center's address has changed to the following:

>Cabrini Medical Center
>P.O. Box 10
>Maspeth, NY 11378
>Attn: Monica Terrano, CFO

DATED: New York, New York
       October 18, 2010

>CABRINI MEDICAL CENTER
>Debtor and Debtor-in-Possession
>By its Attorneys
>TOGUT, SEGAL & SEGAL LLP
>One Penn Plaza, Suite 3335
>New York, New York 10119
>TEL: (212) 594-5000
>FAX: (212) 967-4258
>Attn: Frank A. Oswald, Esq.
>      James J. Lee, Esq.