LEVY RATNER, P.C.
80 Eighth Avenue, 8th Floor
New York, New York 10011-5126
Telephone: (212) 627-8100
Facsimile: (212) 627-8182
Suzanne Hepner

*Counsel to 1199SEIU United Healthcare Workers East et al.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re:                                                           :    Chapter 11
                                                                 :
CABRINI MEDICAL CENTER,                                          :    Case No.: 09-14398 (AJG)
                                                                 :
                           Debtor.                               :
-----------------------------------------------------------------x

**JOINDER OF 1199SEIU UNITED HEALTHCARE WORKERS EAST, 1199SEIU NATIONAL BENEFIT FUND, 1199SEIU HEALTH CARE EMPLOYEES PENSION FUND, LEAGUE/1199SEIU TRAINING AND UPGRADING FUND, 1199SEIU/EMPLOYER CHILD CARE FUND, AND 1199SEIU/LEAGUE JOB SECURITY FUND TO LIMITED OBJECTION OF EAST NINETEENTH STREET LLC TO (A) MOTION PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR AN ORDER APPROVING SETTLEMENT OF CLAIMS BY AND BETWEEN THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CABRINI MEDICAL CENTER, CABRINI MEDICAL CENTER, MISSIONARY SISTERS OF THE SACRED HEART, ILLINOIS AND MISSIONARY SISTERS OF THE SACRED HEART, NEW YORK, AND (B) DEBTOR'S MOTION FOR AN ORDER (I) APPROVING THE ALLOCATION AND DISBURSEMENT OF PROCEEDS FROM THE SALE OF THE DEBTOR'S REAL PROPERTY AND RELATED ASSETS TO CREDITORS WITH VALID LIENS, AND (II) RECLASSIFYING AS UNSECURED THE CLAIMS OF OTHER SECURED CREDITORS**

1199SEIU United Healthcare Workers East, 1199SEIU National Benefit Fund, 1199SEIU Health Care Employees Pension Fund, League/1199SEIU Training and Upgrading Fund, 1199SEIU/Employer Child Care Fund, 1199SEIU/League Job Security Fund ("1199"), by and through their undersigned counsel, hereby joins the limited objection of East Nineteenth Street LLC to (A) Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving Settlement of Claims by and between the Official Committee of

Unsecured Creditors of Cabrini Medical Center, Cabrini Medical Center, Missionary Sisters of the Sacred Heart, Illinois and Missionary Sisters of the Sacred Heart, New York, and (B) Debtor's Motion for an Order (I) Approving the Allocation and Disbursement of Proceeds from the Sale of the Debtor's Real Property and Related Assets to Creditors with Valid Liens, and (II) Reclassifying as Unsecured the Claims of Other Secured Creditors and respectfully represents as follows:

1.  1199 holds a junior secured claim against the Debtor in excess of $5.1 million, comprised of a mortgage on Buildings A and B, and numerous judgment liens against Buildings A-E.

2.  1199 joins with East Nineteenth Street LLC's limited objection, as its reasoning applies equally with respect to the treatment of 1199's secured claim.

WHEREFORE, 1199 respectfully requests that the Court (i) deny the relief requested n the Settlement Motion and Allocation Motion to the extent they are inconsistent with this Joinder and (ii) grant to 1199 such other and further relief as is just and proper.

Dated: New York, New York
October 27, 2010

                                                LEVY RATNER, P.C.

By: _____
     Suzanne Hepner
80 Eighth Avenue
New York, NY 10010
(212) 627-8100

*Counsel to 1199SEIU United Healthcare Workers East, 1199SEIU National Benefit Fund, 1199SEIU Healthcare Employees Pension Fund, League/1199SEIU Training Upgrading Fund, 1199SEIU/Employer Child Care Fund, and 1199SEIULeague Job Security Fund*