```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                              :
In re:                                        :    Chapter 11
                                              :    Case No. 09-14398 (AJG)
CABRINI MEDICAL CENTER,                       :
                                              :
                          Debtor.             :
                                              :
---------------------------------------------------------------x
```

**ORDER (I) SCHEDULING HEARING TO CONSIDER
DEBTOR'S MOTION TO EXTEND EXCLUSIVITY, (II) APPROVING
NOTICE, AND (III) ESTABLISHING A DEADLINE FOR OBJECTIONS**

Upon the motion dated November 23, 2010 (the "Motion") of Cabrini Medical Center (the "Debtor"), by its attorneys Togut, Segal & Segal LLP, for orders (i) pursuant to 11 U.S.C. § 1121(d)(1) extending the Debtor's exclusive periods to file a plan of reorganization and solicit acceptances thereto, (ii) scheduling a hearing (the "Hearing") to consider the Motion, (iii) fixing and directing the form and manner of notice of the Motion and the Hearing, and (iv) establishing a deadline for objections; and the relief sought appearing reasonable and proper, and good and sufficient cause appearing therefor, and due notice having been given, it is:

**ORDERED** that:

1. Based upon cause shown in the Motion, the hearing to consider the Motion will be conducted on December 2, 2010 at 10:00 a.m. New York time, or as soon thereafter as counsel may be heard, before the Honorable Arthur J. Gonzalez, Chief

United States Bankruptcy Judge, in Room 523 of the Bankruptcy Court, One Bowling Green, New York, New York 10004.

2. The Debtor shall serve a copy of the Motion and this Scheduling Order within one (1) business day after its entry by (a) overnight mail or (b) electronic transmission followed by regular first class mail, upon (i) the United States Trustee; (ii) counsel for MSSH-IL; (iii) counsel for the Creditors' Committee; and (iv) any other party who has filed a notice of appearance. Objections, if any, to the Motion must be in writing, stating in detail the reasons for the objection, and filed with the Clerk of the Bankruptcy Court, with copies delivered to Chief Bankruptcy Judge Gonzalez's Chambers, Room 528 at the Courthouse, One Bowling Green, New York, New York 10004-1408, and served upon: (i) Togut, Segal & Segal LLP, attorneys for the Debtor, One Penn Plaza, Suite 3335, New York, New York 10119, Attn: Frank A. Oswald, Esq. and Howard P. Magaliff, Esq.; (ii) the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York, 10004, Attn: Andrea B. Schwartz, Esq.; (iii) Alston & Bird, LLP, attorneys for the Creditors' Committee, 90 Park Avenue, New York, New York 10016, Attn: Martin Bunin, Esq.; and (iv) Klestadt & Winters, LLP, counsel to the post-petition lender, 570 Seventh Avenue, 17th Floor, New York, New York 10018, Attention: Tracy Klestadt, Esq. and Sean C. Southard, Esq, so that they are filed and actually received by all of them not later than 5:00 p.m. two business days prior to the hearing. Objections not timely served and filed will not considered by the Court.

3. Compliance with the foregoing notice requirements shall constitute good and sufficient notice of the relief requested in the Motion and no other further notice of the Motion shall be necessary or required.

Dated:   New York, New York
         November 24, 2010          **/s/ Arthur J. Gonzalez**
                                    ARTHUR J. GONZALEZ
                                    CHIEF U.S. BANKRUPTCY JUDGE