# EXHIBIT 3

## Liquidation Analysis

Preliminary and Tentative-For Discussion Purposes Only

**Cabrini Medical Center**
**Liquidation Analysis-Chapter 7 Liquidation Scenarios**
**$ 000's**

|   |   | Estimated Value as of | $ Amount (000's) | CHAPTER 7 SCENARIOS | | |
|---|---|---|---|---|---|---|
|   |   |   |   | Low | Mid | High |
| a. | Cash |   |   |   |   |   |
|   | Operating account | 12/1/2010 | $ 526 | $ 526 | $ 526 | $ 526 |
|   | Severance account | 12/1/2010 | 87 | 87 | 87 | 87 |
|   | Post sale account | 12/1/2010 | 28,899 | 28,899 | 28,899 | 28,899 |
|   | Escrow- Sun Life | 12/1/2010 | 1,100 | 1,100 | 1,100 | 1,100 |
|   |   |   |   | 30,612 | 30,612 | 30,612 |
| b. | Accounts receivable | 12/1/2010 | 1,100 | - | 550 | 1,100 |
|   |   |   |   | 0% | 50% | 100% |
|   | Net Recovery before Chapter 7 Trustee Fees and expenses |   |   | 30,612 | 31,162 | 31,712 |
| c. | Chapter 7 Trustee Fees (3% max over $1MM) | 12/1/2010 |   | (942) | (958) | (975) |
| d. | Chapter 7 Trustee-Professional fees/expenses | 12/1/2010 |   | (500) | (250) | (100) |
|   | Windown |   |   |   |   |   |
| e. | December | 12/1/2010 |   | (10) | (10) | (10) |
| e. | January (includes UST fees) | 12/1/2010 |   | (40) | (40) | (40) |
| e. | February | 12/1/2010 |   | (10) | (10) | (10) |
| e. | March | 12/1/2010 |   | (10) | (10) | (10) |
| e. | UST fees (end of case) | 12/1/2010 |   | (20) | (20) | (20) |
|   | Net Available to Secured Creditors |   |   | 29,080 | 29,864 | 30,547 |
|   | Amount owed to Secured Creditors: |   |   |   |   |   |
| f. | Sun Life Premium Claim | 12/1/2010 | (1,760) | (1,760) | (1,760) | (1,760) |
| f. | MSSH | 12/1/2010 | (6,562) | (6,562) | (6,562) | (6,562) |
|   | Net Available to remaining Administrative Claims |   |   | 20,758 | 21,542 | 22,225 |
| g. | Amounts owed for estimated administrative claims: |   |   |   |   |   |
|   | Estimated professional fees to be incurred subsequent to 11/30 | 12/1/2010 |   | (150) | (100) | (50) |
|   | Professional fees actual through 10/31, estimated to 11/30 | 12/1/2010 | (600) | (600) | (600) | (600) |
|   | Accounts payable | 12/1/2010 | (212) | (212) | (212) | (212) |
|   | Lease termination | 12/1/2010 | (100) | (100) | (100) | (100) |
|   | Net Available for Priority Unsecured |   |   | 19,696 | 20,530 | 21,263 |
| h. | Priority Unsecured- Pre-Petition Taxes and Employee Claims | 12/1/2010 | (3,394) | (3,394) | (3,394) | (3,394) |
|   | Available Settlement Cash |   |   | 16,302 | 17,136 | 17,869 |
|   | MSSH- Subordinated Secured Claim (40.385%) |   |   | (2,815) | (3,152) | (3,448) |
|   | Net Available for General Unsecured Claims |   |   | $ 13,487 | $ 13,984 | $ 14,421 |
|   | Estimated General Unsecured Claims |   |   | $ 80,000 | $ 70,000 | $ 60,000 |
|   |   |   |   | 16.9% | 20.0% | 24.0% |

Chapter 7 Liquidation Assumptions:
a. Cash in bank and store depository amounts
b. Estimated refunds from Medicare audits
c. Chapter 7 Trustee fees per Statute calculation
d. Estimated fees and expenses of the Chapter 7 Trustee and its professionals, to manage and windown estate
e. Estimated windown costs Cabrini personnel
f. Amounts owed MSSH and Sun Life
g. Estimated and unpaid administrative expenses
h. Estimated unpaid pre-petition priority taxes, customer and employee claims, per claims register provided by Debtor