EXHIBIT 1

Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Frank A. Oswald
Howard P. Magaliff

*Bankruptcy Counsel for the
 Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                             :

In re:                                    :      Chapter 11
                                             :      Case No. 09-14398 (AJG)
CABRINI MEDICAL CENTER,        :
                                             :
                    Debtor.        :
                                             :
-------------------------------------------------------------x

**NOTICE OF HEARING TO CONSIDER APPROVAL
OF DISCLOSURE STATEMENT FOR CHAPTER 11
PLAN OF LIQUIDATION OF CABRINI MEDICAL CENTER**

TO:    PERSONS AND ENTITIES WITH CLAIMS AGAINST THE
         ABOVE-CAPTIONED DEBTOR AND DEBTOR IN POSSESSION

        **PLEASE TAKE NOTICE** that on December 21, 2010, Cabrini Medical Center (the "Debtor"), as debtor and debtor in possession, and the Official Committee of Unsecured Creditors of the Debtor (the "Committee") filed the joint *Chapter 11 Plan of Liquidation of Cabrini Medical Center* (as may be amended, the "Plan") and a Disclosure Statement relating to the Plan (as may be amended, the "Disclosure Statement"), pursuant to section 1125 of title 11 of the United States Code (the "Bankruptcy Code").

        **PLEASE TAKE FURTHER NOTICE** that:

        1.      A hearing will be held before the Honorable Arthur J. Gonzalez, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court for the

Southern District of New York, One Bowling Green, New York, New York (the "Bankruptcy Court"), on January 26, 2011 at 9:30 a.m., prevailing Eastern Time (the "Disclosure Statement Hearing") to consider the entry of an order, among other things, finding that the Disclosure Statement contains "adequate information" within the meaning of section 1125 of the Bankruptcy Code and approving the Disclosure Statement.

        2.      The Disclosure Statement and Plan are on file with the Court and may be examined by interested parties by accessing the Bankruptcy Court's Electronic Case Filing System which can be found at www.nysb.uscourts.gov[1] the official website for the Bankruptcy Court. In addition, copies may be obtained upon request to the Claims Agent for the Clerk of the Bankruptcy Court, Kurtzman Carson Consultants, by calling (310) 823-9000 (Karen M. Wagner) or at www.kccllc.com.

        3.      Objections or proposed modifications, if any, to the Disclosure Statement must comply with the Federal Rules of Bankruptcy Procedures and must (i) be in writing, (ii) state the name and address of the objecting party and the nature of the claim or interest of such party, (iii) state with particularity the basis and nature of any objection and include, where appropriate, the specific language proposed to be deleted if deletion is sought or the proposed language to be inserted in the Disclosure Statement to resolve any such objection, and (iv) be filed, together with proof of service, with the Bankruptcy Court (with a courtesy copy delivered to Judge Gonzalez's Chambers), and served upon: (1) Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, New York 10119 (Attention: Frank A. Oswald, Esq. and Howard P. Magaliff, Esq.); (2) the Office of the United States Trustee for the Southern District of New York,

---

[1] To view such document, (i) a login and password issued by the Public Access to Court Electronic Records (PACER) services center and (ii) Adobe Acrobat Reader, or a compatible application are needed. To obtain the Disclosure Statement, the Plan, or any other document in the above-captioned chapter 11 case, at the query screen enter 09-14398, select "run query," select the hyperlink "docket report," then find the document you are interested in viewing and select the hyperlink next to that document.

33 Whitehall Street, 21st Floor, New York, New York 10004 (Attention: Andrea B. Schwartz, Esq.); and (3) Alston & Bird LLP, 90 Park Avenue, New York, New York 10016 (Attention: Martin G. Bunin, Esq. and Craig E. Freeman, Esq.), attorneys for the Official Committee of Unsecured Creditors, so as to be *actually received* on or before 5:00 p.m. prevailing Eastern Time on January 19, 2011 (the "Objection Deadline").

4. **IF ANY OBJECTION TO THE DISCLOSURE STATEMENT IS NOT FILED AND SERVED STRICTLY AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO THE ADEQUACY OF THE DISCLOSURE STATEMENT AND MAY NOT BE HEARD AT THE DISCLOSURE STATEMENT HEARING.**

5. The Disclosure Statement Hearing may be adjourned from time to time without further notice to parties in interest other than by an announcement in the Bankruptcy Court on the date scheduled for the Disclosure Statement Hearing.

Dated: New York, New York
December __, 2010

TOGUT, SEGAL & SEGAL LLP
Counsel for Debtor and
 Debtor in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Frank A. Oswald
Howard P. Magaliff