Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Frank A. Oswald
Howard P. Magaliff

*Bankruptcy Counsel for the
 Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                  :

In re:                               :       Chapter 11
                                                  :       Case No. 09-14398 (AJG)

CABRINI MEDICAL CENTER,       :

                                                  :

                      Debtor.     :

                                                  :
---------------------------------------------------------------x

**ORDER PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE
2002(b) AND (m), 3017(a), AND 9007 (A) SCHEDULING A DISCLOSURE
STATEMENT HEARING, (B) APPROVING THE FORM AND MANNER OF
NOTICE AND (C) ESTABLISHING THE DEADLINE FOR OBJECTIONS AND
PROPOSED MODIFICATIONS TO THE PROPOSED DISCLOSURE STATEMENT**

        Upon the *ex parte* Motion (the "Motion")[1] of Cabrini Medical Center ("Cabrini" or the "Debtor"), as debtor and debtor in possession, for entry of an order, pursuant to Rules 2002(b) and (m), 3017(a) and 9007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), (a) scheduling a hearing (the "Disclosure Statement Hearing") to consider approval of the disclosure statement (as the same may be modified or amended, the "Proposed Disclosure Statement") related to the chapter 11

---

[1]    Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

*Plan of Liquidation of Cabrini Medical Cente*r (the "Plan"), (b) approving the form and manner of notice of the Disclosure Statement Hearing and (c) establishing the for objections and proposed modifications to the Proposed Disclosure Statement;  and the Court having jurisdiction to consider the Motion and the relief requested pursuant to 28 U.S.C. §§ 157 and 1334;  and the Court having determined that the relief requested is in the best interests of the Debtor, its estate and creditors;  and good and sufficient cause appearing therefor;  it is

**ORDERED** that the Disclosure Statement Hearing shall be held before this Court at 9:30 a.m. (Eastern Time) on January 26, 2011 or as soon thereafter as counsel may be heard, at One Bowling Green, Room 523, New York, New York;  and it is further

**ORDERED** that the Disclosure Statement Hearing may be adjourned from time to time without notice to parties in interest other than an announcement at the Disclosure Statement Hearing or at an adjourned Disclosure Statement Hearing;  and it is further

**ORDERED** that the form of notice annexed to the Motion as <u>Exhibit 1</u> setting forth the date and time of the Disclosure Statement Hearing and the deadline for filing objections and proposed modifications to the Proposed Disclosure Statement (the "Disclosure Statement Notice") is approved in all respects;  and it is further

**ORDERED** that, pursuant to Bankruptcy Rules 2002(b) and (m), 3017(a), and 9007, on or before December 29, 2010, the Debtor shall file the Disclosure Statement Notice with the Court and serve copies of the Disclosure Statement Notice, the Disclo-

sure Statement Motion, the Proposed Disclosure Statement and the Plan (annexed as an exhibit to the Proposed Disclosure Statement), by overnight or first class mail to (i) the Office of the United States Trustee, 33 Whitehall Street, 21st floor, New York, New York 10004 (Attn: Andrea B. Schwartz, Esq.); (ii) the attorneys for the Committee, Alston & Bird LLP, 90 Park Avenue, New York, New York 10016 (Attn: Martin G. Bunin Esq. and Craig E. Freeman, Esq.); (iii) counsel for MSSH, Klestadt & Winters, LLP, 570 Seventh Avenue, 17th Floor, New York, New York 10018 (Attn: Tracy Klestadt, Esq. and Sean Southard, Esq.); (iv) all other parties that have filed a notice of appearance in the Debtor's chapter 11 case pursuant to Bankruptcy Rule 2002; (v) the Securities and Exchange Commission; (vi) the Internal Revenue Service ; (vii) the Attorney General of the state of New York; and (viii) the New York State Department of Health; and it is further

**ORDERED** that, the Debtor shall mail or cause to be mailed, on or before December 29, 2010, a copy of the Disclosure Statement Notice to (i) all creditors that have either (a) filed proofs of claims in the Debtor's chapter 11 case (including any creditor who has transferred its claim in this case) or (b) are listed in the Debtor's schedules of assets and liabilities, or any amendments thereto in a liquidated, non-contingent and undisputed amount and (ii) any entity that has filed with the Court a notice of the transfer of a claim under Bankruptcy Rule 3001(e); and it is further

**ORDERED** that, the Debtor shall not be required to provide notice of the Disclosure Statement Hearing to persons or entities (ii) that were scheduled by the Debtor in unliquidated, contingent or disputed amounts unless a proof of claim was

3

filed or (ii) whose claims have been waived, withdrawn, disallowed or expunged; and it is further

**ORDERED** that any party in interest wishing to obtain copies of the Proposed Disclosure Statement or the Plan shall make a request therefor in the manner specified in the Disclosure Statement Notice; and it is further

**ORDERED** that pursuant to Bankruptcy Rules 2002(b) and (m), 3017(a) and 9007, notice given in accordance with this Order shall be deemed good and sufficient notice to all creditors, and all other parties in interest of the entry of this Order, the Disclosure Statement Hearing, and all proceedings to be held thereon; and it is further

**ORDERED** that objections and proposed modifications, if any, to the Proposed Disclosure Statement or any of the other relief sought by the Debtor in connection therewith must comply with the Bankruptcy Rules and must (i) be in writing, (ii) state the name and address of the objecting or responding party and the nature of the claim or interest of such party, (iii) state with particularity the basis and nature of any objection and include, where appropriate, the specific language proposed to be deleted if deletion is sought or the proposed language to be inserted in the Proposed Disclosure Statement to resolve any such objection, and (iv) be filed, together with proof of service, with the Court (with a courtesy copy delivered to the chambers of the Honorable Arthur J. Gonzalez) and served so that they are received on or before 5:00 p.m. Eastern Time on January 19, 2011, by (1) the attorneys for the Debtor, (2) the attorneys for the Committee, and (3) the Office of the United States Trustee, at the addresses set forth in the Disclosure Statement Notice; and it is further

**ORDERED** that unless an objection or proposed modification is timely filed and served in accordance with this Order, it may not be considered at the Disclosure Statement Hearing or at an adjourned Disclosure Statement Hearing and may be overruled; and it is further

**ORDERED** that the Debtor is authorized and empowered to take such actions as may be necessary or appropriate to implement this Order.

Dated: New York, New York
December 22, 2011

**s/Arthur J. Gonzalez**
Arthur J. Gonzalez
Chief United States Bankruptcy Judge