UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CABRINI MEDICAL CENTER, | ) Case No. 09-14398 (AJG) |
|  | ) |
| Debtor. | ) |
|  | ) |

## AFFIDAVIT OF SERVICE

I, Karen M. Wagner, depose and say that I am employed by Kurtzman Carson Consultants LLC, "KCC," the claims and noticing agent for the Debtor in the above-captioned case.

On December 28, 2010, at my direction and under my supervision, employees of KCC caused the following document to be served via First-Class Mail on the service lists attached hereto as **Exhibit A**:

- Debtor's Second Omnibus Application Pursuant to Section 502 of The Bankruptcy Code and Fed. R. Bankr. P. 3007 Disallowing and Expunging Certain Duplicate, Amended and Superseded Claims and Notice of Hearing of Debtor's Second Omnibus Application Pursuant to Section 502 of The Bankruptcy Code and Fed. R. Bankr. P. 3007 Disallowing and Expunging Certain Duplicate, Amended, and Superseded Claims **[Docket No. 507]**

Dated: December 28, 2010

Karen M. Wagner

State of California, County of Los Angeles

Subscribed and sworn to before me on this 28th day of December, 2010, by Karen M. Wagner, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature: _____
Notary Public

MICHELLE CRUZ
Commission # 1875517
Notary Public - California
Los Angeles County
My Comm. Expires Jan 2, 2014

# EXHIBIT A

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Alliance & Son dba ATEC Contr | | 360 Targee St | | Staten Island | NY | 10304-0000 |
| Alston & Bird LLP | Craig E Freeman | 90 Park Ave | | New York | NY | 10016-0000 |
| Alston & Bird LLP | John W Spears | 90 Park Ave | | New York | NY | 10016-0000 |
| Alston & Bird LLP | Martin G Bunin | 90 Park Ave | | New York | NY | 10016-0000 |
| Attorney General for the State of New York | Neal S Mann Asst AG | 120 Broadway 24th Fl | | New York | NY | 10271-0000 |
| Auerbach, Maria MD | | 227 E 19th St Ste D | | New York | NY | 10003-0000 |
| Bernstein Law Firm PC | Kirk B. Burkley, Esq. | 2200 Gulf Tower | | Pittsburgh | PA | 15219-0000 |
| Bleakley Platt & Schmidt LLP | John I. O'Neill, Esq. | One North Lexington Ave | | White Plains | NY | 10601-0000 |
| Corp Counsel for City of New York | Gabriela P Cacuci | NY City Law Dept | 100 Church St Rm 5 223 | New York | NY | 10007-0000 |
| Corp Counsel for City of New York | Michael A Cardozo | NY City Law Dept | 100 Church St Rm 5 223 | New York | NY | 10007-0000 |
| Cozen O'Connor PC | Arthur J. Abramowitz, Esq. | 457 Haddonfield Road | LibertyView Ste 300 | Cherry Hill | NJ | 08002-0000 |
| Cozen O'Connor PC | Jerrold N. Poslusny, Jr., Esq. | 457 Haddonfield Road | LibertyView Ste 300 | Cherry Hill | NJ | 08002-0000 |
| Day Pitney LLP | Richard M Meth | PO Box 1945 | | Morristown | NJ | 07962-1945 |
| East Nineteenth St LLC | c o St Vincent Catholic Med Ctr of NY | 170 W 12th St | | New York | NY | 10011-0000 |
| Fox Rothschild LLP | Richard M Meth | 75 Eisenhoser Pkway Ste 200 | | Roseland | NJ | 07068-0000 |
| Garfunkel Wild & Travis PC | Burton S Weston | 111 Great Neck Rd Ste 503 | | Great Neck | NY | 11021-0000 |
| Gramercy Park Medical Group | Neil Maxwell Esq | Abrams Fensterman et al | 630 Third Ave | New York | NY | 10017-0000 |
| Grubb & Ellis Broker | | 1177 Ave of the Americas | 4th Fl | New York | NY | 10036-0000 |
| Guzov Ofsink LLC | Gregory Vidler | 600 Madison Ave 14th Fl | | New York | NY | 10022-0000 |
| Hawkins Delafield & Wood LLP | Lloyd S Lowy | One Chase Manhattan Plz | | New York | NY | 10005-1401 |
| Hawkins Delafield & Wood LLP | Roger J Bagley | One Chase Manhattan Plz | | New York | NY | 10005-1401 |
| Healthcare Assoc of New York State | | 1 Empire Dr | | Rensselaer | NY | 12144-0000 |
| Hirschler Fleischer PC | Robert S Westermann | 2100 E Cary St | The Edgeworth Bldg | Richmond | VA | 23223-0000 |
| Internal Revenue Service Dept of the Treas | Insolvency Unit | PO Box 21126 | | Philadelphia | PA | 19114-0000 |
| Kelley Drye & Warren LLP | Benjamin D Feder | 101 Park Ave | | New York | NY | 10178-0000 |
| Kelley Drye & Warren LLP | Jordan A Bergman | 101 Park Ave | | New York | NY | 10178-0000 |
| King & Spalding LLP | Arthur Steinberg | 1185 Ave of the Americas | | New York | NY | 10036-0000 |
| King & Spalding LLP | Scott Davidson | 1185 Ave of the Americas | | New York | NY | 10036-0000 |
| Klestadt & Winters LLP | Sean C Southard | 292 Madison Ave 17th Fl | | New York | NY | 10017-6314 |
| Klestadt & Winters LLP | Tracy L Klestadt | 292 Madison Ave 17th Fl | | New York | NY | 10017-6314 |
| Law Offices of Avrum J Rosen PLLC | Avrum J Rosen | 38 New St | | Huntington | NY | 11743-0000 |
| Lever & Stolzenberg LLP | James M Marino | 303 Old Tarrytown Rd | | White Plains | NY | 10603-0000 |
| Levy Ratner PC | Suzanne Hepner | 80 Eighth Ave 8th Fl | | New York | NY | 10011-0000 |
| Locks Law Firm, PLLC | Steven P. Knowlton, Esq. | 747 Third Avenue | | New York | NY | 10017-0000 |
| McCalla Raymer LLC | Michelle Smith, Esq. | 1544 Old Alabama Rd | | Roswell | GA | 30076-2102 |
| Menz Bonner & Komar LLP | David A. Koenigsberg, Esq. | 444 Madison Ave 39th Fl | | New York | NY | 10022-0000 |
| Meyer Suozzi English & Klein PC | Thomas R Slome | 990 Stewart Ave Ste 300 | PO Box 9194 | Garden City | NY | 11530-0000 |
| Mottola Rini Engineers PC | | 36 W 25th St 4th Fl | | New York | NY | 10010-0000 |
| New York City Commissioner of Labor | James F Hanley Commissioner | Office of Labor Relations | 40 Rector St 4th Fl | New York | NY | 10006-1739 |
| New York City Dept of Finance | Attn Devora Cohn Legal Affairs | 345 Adams St 3rd Fl | | Brooklyn | NY | 11201-0000 |
| New York City Dept of Finance | Legal Affairs Devora Cohn | 345 Adams St 3rd Fl | | Brooklyn | NY | 11201-0000 |
| New York City Law Dept Bankruptcy Div | Rita D Dumain | 100 Church St Rm 5 1 | | New York | NY | 10007-0000 |
| New York City Water Board | The City of New York | Dept Environmental Protection | 59-17 Junction Blvd | Flushing | NY | 11373-0000 |
| New York State Commissioner of Labor | | Unemployment Reg 0450519 | PO Box 4301 | Binghamton | NY | 13902-4301 |
| New York State Comptrollers Office | Office of Unclaimed Funds | 110 State St | | Albany | NY | 12236-0000 |
| New York State Department of Health | | ESP Corning Tower | Rm 1043 | Albany | NY | 12237-0000 |
| New York State Dept of Labor | Attn Legal Affairs | W Averell Harriman State Office Campus | Bldg 12 | Albany | NY | 12240-0000 |
| New York State Dept of Taxation & Finance | Bankruptcy Special Procedures Sec | 1740 Broadway | 16th Fl | New York | NY | 10019-0000 |

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| New York State Dept of Taxation & Finance | Bankruptcy Special Procedures Sec | PO Box 5300 | | Albany | NY | 12205-0300 |
| New York State Nurses Benefit | | 1 Pine West Plz | Washington Ave Extsn | Albany | NY | 12205-0000 |
| New York State Unemployment Insurance Fund | | PO Box 551 | | Albany | NY | 12201-0000 |
| NY Dormitory Authority NYC Office | Executive Director | One Penn Plz 52nd Fl | | New York | NY | 10119-0000 |
| NY Dormitory Authority NYC Office | General Counsel | One Penn Plz 52nd Fl | | New York | NY | 10119-0000 |
| Richard W Babinecz | Leon Z Mener | 4 Irving Pl Rm 1875 S | | New York | NY | 10003-0000 |
| Ruff Weidenaar & Reidy Ltd | Stephen L Ruff Jr | 222 N LaSalle St Ste 700 | | Chicago | IL | 60601-0000 |
| Ruff Weidenaar & Reidy Ltd | William B Weidenaar | 222 N LaSalle St Ste 700 | | Chicago | IL | 60601-0000 |
| SEC Northeast Regional Office | John Murray | 3 World Financial Ctr Ste 400 | | New York | NY | 10279-0000 |
| Sovereign Service Corp | | 307 7th Ave | | New York | NY | 10007-6007 |
| Steven J. Baum, P.C. | Morgan K. Taylor, Esq. | 220 Northpointe Pkwy Ste G | | Amherst | NY | 14228-0000 |
| Terjesen Associates Architects PC | | 248 W 35th St | | New York | NY | 10001-0000 |
| Trenk DiPasquale Webster Della Fera & Sodono PC | Thomas M. Walsh, Esq. | 347 Mt. Pleasant Ave Ste 300 | | West Orange | NJ | 07052-0000 |
| United States Trustees Office | Andrea B Schwartz Esq | 33 Whitehall St 21st Fl | | New York | NY | 10004-0000 |
| US Attorneys Office So Dist of NY | Michael J Garcia | One St Andrews Plz | | New York | NY | 10007-0000 |
| US Dept of Justice | Office Inspector General of Dept HHS | #30 Independence Ave SW | Rm 5541 Cohen Bldg | Washington | DC | 20201-0000 |
| Vedder Price PC | Arlene N Gelman | 222 N LaSalle Ste 2600 | | Chicago | IL | 60601-0000 |
| Vedder Price PC | Michael L Schein | 1633 Broadway | 47th Fl | New York | NY | 10019-0000 |
| Vedder Price PC | Ryan O Lawlor | 222 N LaSalle Ste 2600 | | Chicago | IL | 60601-0000 |

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| ACP | | PO BOX 7777 RO 250 | | PHILADELPHIA | PA | 19175-0250 |
| ACUMED INC | ATTN ACCOUNTING | 7995 COLLECTION CTR DR | | CHICAGO | IL | 60693-0000 |
| Acumed LLC | | 5885 NW Cornelius Pass Rd | | Hillsboro | OR | 97124-0000 |
| ALEMAN, SONIA | | 501 WEST 52ND ST APT 2B | | NEW YORK | NY | 10019-0000 |
| AMERICAN COLLEGE OF PHYSICIANS | ACP | PO BOX 7777 RO 250 | | PHILADELPHIA | PA | 19175-0250 |
| AMERICAN COLLEGE OF PHYSICIANS | ADVERTISING AR DEPT | 190 N INDEPENDENCE MALL WEST | | PHILADELPHIA | PA | 19106-1572 |
| American College of Physicians ACP | ACP | PO BOX 7777 RO 250 | | PHILADELPHIA | PA | 19175-0250 |
| American College of Physicians ACP | Classified Advertising AR | American College of Physicians | 190 N Independence Mall W | Philadelphia | PA | 19106-1572 |
| Apelian, Charles | The Law Office of Robert F Danzi | 900 Merchants Concourse Ste 314 | | Westbury | NY | 11590-0000 |
| APELIAN, CHARLES | | 900 MERCHANTS CONCOURSE STE 314 | | WESTBURY | NY | 11590-0000 |
| ARGUERA, EDWIN A | | 561 41ST ST NO 3C | | BROOKLYN | NY | 11232-0000 |
| ARGUERA, EDWIN A | | 561 41ST ST APT 3C | | BROOKLYN | NY | 11232-0000 |
| BARNABY, EUGENIE M | | 210 30 NASHVILLE BLVD | | CAMBRIA HGTS | NY | 11411-0000 |
| Barnaby, Eugenie | | 210 30 Nashville Blvd | | Queens | NY | 11411-0000 |
| Besler & Co Inc dba Besler Consulting | | 3 Independence Way Ste 201 | | Princeton | NJ | 08540-0000 |
| BF TECHNOLOGIES INC | RON FELLMAN | 12989 CHAPARRAL RIDGE RD | | SAN DIEGO | CA | 92130-0000 |
| BF TECHNOLOGIES INC | | 12989 CHAPARRAL RIDGE RD | | SAN DIEGO | CA | 92130-0000 |
| Butterfass, Andrew D MD | Attn Lori K Sapir Esq | c o Sills Cummis & Gross PC | One Rockefeller Plz 25th Fl | New York | NY | 10020-0000 |
| CASTIGLIA, JOSEPH | NAPOLI BERN RIPKA LLP | 350 5TH AVE STE 7413 | | NEW YORK | NY | 10118-0000 |
| CASTIGLIA, JOSEPH | C O NAPOLI BERN RIPKA LLP | 350 5TH AVE STE 7413 | | NEW YORK | NY | 10118-0000 |
| Cinadre, Helen R and Cinadre, Gerald S | Raymond A Raskin Atty at Law | 26 Court St | | Brooklyn | NY | 11242-0506 |
| CONSOLIDATED EDISON COMPANY OF NEW YORK INC | BANKRUPTCY GROUP | 4 IRVING PL RM 1875 S | | NEW YORK | NY | 10003-0000 |
| COOK, LOIS | | 136 MYRTLE AVE | | JERSEY CITY | NJ | 07305-0000 |
| Department of the Treasury Internal Revenue Service | Internal Revenue Service | 290 Broadway | | New York | NY | 10007-0000 |
| Department of the Treasury Internal Revenue Service | | PO Box 21126 | | Philadelphia | PA | 19114-0000 |
| DEVINE, DANIEL P | MARSHALL & BELLARD ATTYS AT LAW | 1305 FRANKLIN AVE STE 225 | | GARDEN CITY | NY | 11530-0000 |
| Donovan & Giannuzzi LLP | | 261 Madison Ave | | New York | NY | 10016-0000 |
| DONOVAN & GIANUZZI LLP | | 261 MADISON AVE | | NEW YORK | NY | 10016-0000 |
| Eber, Cory | Eber, Corey MD | 227 E 19th St | | New York | NY | 10003-0000 |
| Eber, Cory | Robert Braumuller Esq | Bleakley Platt & Schmidt LLP | 1 N Lexington Ave 7th Fl | White Plains | NY | 10601-0000 |
| EDWARD, TOM | c o Steven E North PC | 148 E 74TH ST | | NEW YORK | NY | 10021-0000 |
| EDWARD, TOM | Steven E North PC | 148 E 74th St | | New York | NY | 10021-0000 |
| EDWARD, TOM | Edward, Tom | c o Steven E North PC | 148 E 74th St | New York | NY | 10021-0000 |
| EV3 Inc | c o Meyers Saxon & Cole | 3620 Quentin Rd | | Brooklyn | NY | 11234-0000 |
| EV3 Inc fka Foxhollow Tech | | 9600 54th Ave N | | Plymouth | MN | 55442-0000 |
| GME Solutions LLC | Attn Andre G Castaybert | c o Guzov Ofsink LLC | 600 Madison Ave 11th Fl | New York | NY | 10022-0000 |
| GME Solutions LLC | GME Solutions LLC | Attn Robert Whitesides | 3505 Hart Ave Ste 201 | Rosemead | CA | 91770-0000 |
| GUADALUPE, MERCEDES | LAW OFFICES OF MICHAEL M GOLDBERG PC | 31 EAST 32ND ST 4TH FL | | NEW YORK | NY | 10016-0000 |
| INFUSION OPTIONS INC | | 745 64TH ST | | BROOKLYN | NY | 11220-0000 |
| Jenkins, Vincent B | | 164 W 144th St No 4B | | New York | NY | 10030-0000 |
| KEEFE, LINDA A | | 101 NORMAN AVE | | BROOKLYN | NY | 11222-0000 |
| Kim, Jai Doh | | 102 Northern Blvd | | Staten Island | NY | 10301-0000 |
| KIM, JAI DOH | | 102 NORTHERN BLVD | | STATEN ISL | NY | 10301-0000 |
| LDR SPINE | | 4030 W BAKER LN | STE 360 | AUSTIN | TX | 78759-0000 |
| LDR Spine USA Inc | Attn Matt Marino | 4030 W Braker Ln Ste 360 | | Austin | TX | 78759-0000 |
| League of Voluntary Hospitals & Homes of New York | Attn Roseann M Simonelli VP | 555 W 57th St | | New York | NY | 10019-2925 |
| Lederman, Gilbert MD PC | c o Sara Jane Moutal Esq | Garson DeCorato & Cohen LLP | 110 Wall St 10th Fl | New York | NY | 10005-0000 |
| Lederman, Gilbert Seymour MD | c o Sara Jane Moutal Esq | Garson DeCorato & Cohen LLP | 110 Wall St 10th Fl | New York | NY | 10005-0000 |
| LINARES HAYDEE | | 275 STEVENS AVE | | JERSEY CITY | NJ | 07305-0000 |
| LINDA THOMPSON | C O SANTONELLA DITOMASO PC | 335 ADAMS ST STE 2720 | | BROOKLYN | NY | 11201-0000 |
| LINDA THOMPSON | Linda Thompson | c o Santonella DiTomaso PC | 335 Adams St Ste 2720 | Brooklyn | NY | 11201-0000 |
| LUMBANO, GLORIA | | 323 SHERMAN AVE | | NEW HAVEN | CT | 06511-0000 |
| MALANA, ROSALINDA | | 102 JEFFERSON ST | | STATEN ISLAND | NY | 10304-0000 |

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| MARSH, NADIA | C O DAVID S RANKIN ESQ | 350 BROADWAY STE 700 | | NEW YORK | NY | 10013-0000 |
| MARSH, NADIA | | 7711 GARLAND AVE | | TAKOMA PARK | MD | 20912-0000 |
| McClean, Eileen | | 50 Edgepark Rd | | White Plains | NY | 10603-0000 |
| McIver Bruce as President of League of Voluntary Hospitals and Homes of New York | c o Bart Schectman Esq | Proskauer Rose LLP | 1585 Broadway Ste 1940 | New York | NY | 10036-8299 |
| McIver Bruce as President of League of Voluntary Hospitals and Homes of New York | League of Voluntary Hospitals and Homes of New York | 555 W 57th St | | New York | NY | 10019-2925 |
| MERION PUBLICATION | Merion Publications Inc | 2900 Horizon Dr | | King of Prussia | PA | 19406-0000 |
| MERION PUBLICATION | | PO BOX 8500 52278 | | PHILADELPHIA | PA | 19178-2278 |
| Merion Publications Inc | | 2900 Horizon Dr | | King of Prussia | PA | 19406-0000 |
| MORGOVSKAYA, MARIYA | | 2262 E 28TH ST | | BROOKLYN | NY | 11229-0000 |
| OBISPO LOPEZ, ANICIA | | 70 THIRD ST | | NORTH ARLINGTON | NJ | 07031-0000 |
| Obispo Lopez, Maria Anicia | Anicia Obispo Lopez | 70 3rd St | | N Arlington | NJ | 07031-0000 |
| Olympus America Inc | Attn Thomas R Slome Esq | c o Meyer Suozzi English & Klein PC | 990 Stewart Ave | Garden City | NY | 11530-9194 |
| Olympus America Inc | Douglas Zullo Chief Credit Officer | Olympus America Inc | 3500 Corporate Pkwy | Center Valley | PA | 18034-0610 |
| Pariser Industries Inc | | 91 Michigan Ave | | Paterson | NJ | 07503-0000 |
| Pharmco Products Inc | Attn Dayne Gomes | 58 Vale Rd | | Brookfield | CT | 06776-3967 |
| POWER COOLING INC | | 43 43 VERNON BLVD | | LONG ISLAND CITY | NY | 11101-0000 |
| RC Medical Inc | | 284 Merrow Rd | PO Box 833 | Tolland | CT | 06084-0000 |
| RC MEDICAL INC | | PO BOX 833 | 12 ELLEN DR | TOLLAND | CT | 06084-0000 |
| RELIANCE MACHINING INC | | 43 35 VERNON BLVD | | LONG ISLAND CITY | NY | 11101-0000 |
| REYNARDUS & MOYA | | 817 BROADWAY 2ND FL | | NEW YORK | NY | 10003-0000 |
| Reynardus & Moya Inc | Jorge Reynardus | 817 Broadway 2nd Fl | | New York | NY | 10003-0000 |
| Ritchie, Sharon A | | 61 Cliff Ave No 2 | | Yonkers | NY | 10705-0000 |
| RODGERS, PAUL | | 902 BAYLEY CT | | BRIDGEWATER | NJ | 08807-0000 |
| Ruskin Moscou Faltischek PC | Ellen F Kessler Esq | 1425 RXR Plz | | Uniondale | NY | 11556-0000 |
| SG RISK LLC | | 1050 WALL ST WEST STE 340 | | LYNDHURST | NJ | 07071-0000 |
| Shore Pharmaceutical Providers Inc | | 1600 RiverCenter II | 100 E RiverCenter Blvd | Covington | KY | 41011-0000 |
| Shore Pharmaceutical Providers Inc | | 100 E River Center Blvd | 1600 RiverCenter II | Covington | KY | 41011-0000 |
| Siemens Medical Solutions Inc | c o Arlene N Gelman | Vedder Price PC | 222 N LaSalle St Ste 2600 | Chicago | IL | 60601-1003 |
| Siemens Medical Solutions USA Inc | c o Arlene N Gelman | Vedder Price PC | 222 N LaSalle St Ste 2600 | Chicago | IL | 60601-1003 |
| Standard Textile Co Inc | | One Knollcrest Dr | | Cincinnati | OH | 45237-0000 |
| State of New York Department of Labor | Debbie Anziano | Unemployment Insurance Division | Gov W Averell Harriman State Office Bldg Campus | Albany | NY | 12240-0000 |
| State of New York Department of Labor | NYS Unemployment Insurance | NYS Department of Labor Insolvency Unit | Gov W Averell Harriman State Office Building Campus | Albany | NY | 12240-0000 |
| State of New York Department of Labor | Togut Segal & Segal LLP | One Penn Plz | | New York | NY | 10119-0000 |
| SULLIVAN JAMES AND VICKI SULLIVAN HIS WIFE | JONATHAN RICE ESQ | ATTORNEY FOR PLAINTIFFS CREDITORS | 247 W 35TH ST 12TH FL | NEW YORK | NY | 10001-0000 |
| SULLIVAN JAMES AND VICKI SULLIVAN HIS WIFE | | 247 W 35TH ST 12TH FL | | NEW YORK | NY | 10001-0000 |
| SULLIVAN JAMES AND VICKI SULLIVAN HIS WIFE | Jonathan Rice Esq | 247 W 35th St 12th Fl | | New York | NY | 10001-0000 |
| THALAPPILLIL, SARA | | 10 CAROL LN | | TAPPAN | NY | 10983-0000 |
| TOLENTINO, GEMA | | 2402 RAPHAEL ST | | FAIRLAWN | NJ | 07410-0000 |
| Tolentino, Gema A | | 24 02 Raphael St | | Fairlawn | NJ | 07410-0000 |
| VERNIKOV, GALINA | | 11 OCEAN CT | | BROOKLYN | NY | 11223-0000 |
| Visiting Nurse Service of New York Home Care | Charles F Blum Esq | Vice President Legal and Government Affairs | Visiting Nurse Service of New York | New York | NY | 10019-0000 |
| VISITING NURSE SERVICE OF NEW YORK HOME CARE | | 1250 BROADWAY | | NEW YORK | NY | 10117-1647 |