UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                          :
In re:                                    :   Chapter 11
                                          :
CABRINI MEDICAL CENTER,                   :   Case No. 09-14398 (AJG)
                                          :
                       Debtor.            :
                                          :
-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

TREVOR MATHEWS, being duly sworn, deposes and says:

1. I am over the age of eighteen and not a party to the above-referenced matter.

2. On January 19, 2011, I served by hand a true and correct copy of the attached Mannucci Parties' Objection to Cabrini Medical Center's proposed Disclosure Statement, along with supporting affidavit on Chief Judge Gonzalez, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004; on Frank A. Oswald and Howard P. Magaliff, Tout, Segal, & Segal LLP, One Penn Plaza, Suite 3335, New York, New York 10119; on Martin G. Bunin, Esq. and Craig E. Freeman, Esq., Alston & Bird LLP, 90 Park Avenue, New York, New York 10016; and on Andrea B. Schwartz,

Esq., Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004.

Trevor Mathews

Sworn to me before this

19th day of January 2011

Notary Public

WILLARD R KNOX
Notary Public, State of New York
02KN6174955
Qualified in Bronx County
My Commission Expires October 1, 2011