ALSTON & BIRD LLP
Martin G. Bunin
Craig E. Freeman
Catherine R. Fenoglio
90 Park Avenue
New York, New York 10016
(212) 210-9400

*Counsel for the*
*Official Committee of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                              :    Chapter 11
                                                   :
CABRINI MEDICAL CENTER,                            :    Case No. 09-14398 (AJG)
                                                   :
                    Debtor.                        :
---------------------------------------------------------------x

## SECOND NOTICE OF CHANGE OF RATES OF COMPENSATION

PLEASE TAKE NOTICE that as of January 1, 2011 the rates of compensation of Alston & Bird LLP ("Alston") as counsel to the Official Committee of Unsecured Creditors of Cabrini Medical Center have changed from those rates disclosed in the Notice of Change of Rates of Compensation (the "First Notice"), filed on February 16, 2010.

PLEASE TAKE FURTHER NOTICE that the rates of compensation of Alston are now as follows:

| | |
|---|---|
| Partner | $595 - $985 |
| Counsel | $550 - $850 |
| Associate | $365 - $630 |
| Paralegal | $180 - $285 |

Additionally, Martin G. Bunin's discounted hourly rate for work on this chapter 11 case is currently $775.

PLEASE TAKE FURTHER NOTICE for comparison purposes that the rates of compensation disclosed in the First Notice were as follows:

| | |
|---|---|
| Partner | $565 - $945 |
| Counsel | $525 - $805 |
| Associate | $330 - $590 |
| Paralegal | $180 - $335 |

Additionally, Martin G. Bunin's discounted hourly rate for work on this chapter 11 case as disclosed in the Application was $745.

PLEASE TAKE FURTHER NOTICE that Alston files and serves this Notice of Change of Rates of Compensation on the Court, Cabrini Medical Center and the United States Trustee, in order to comply with the Order Authorizing the Retention of Alston & Bird LLP as Counsel to the Official Committee of Unsecured Creditors of Cabrini Medical Center, entered by the Court on September 9, 2009.

Dated: New York, New York
February 28, 2010

ALSTON & BIRD LLP

/s/ Martin G. Bunin
Martin G. Bunin
Craig E. Freeman
Catherine R. Fenoglio
90 Park Avenue
New York, NY 10016-1387
Telephone: (212) 210-9400

*Attorneys for Plaintiff*
*Official Committee of Unsecured*
*Creditors of Cabrini Medical Center*