# EXHIBIT B



## Cabrini
### MEDICAL CENTER
227 East 19th Street • New York, NY 10003 • (212) 995-6000

February 14, 2001

Mannuccio Mannucci, M.D.
21 East 90th Street Apt. 6A
New York, NY 10128

Dear Dr. Manucci:

    Enclosed is your annual distribution for the Deferred Compensation Plan. This amount is based on the 2000 ending balance.

    If you have any questions, please call me at (212) 995-7426.

                                     Sincerely,

                                     Veronica Kelleher
                                     Vice President, Human Resources

Enc.



A Facility of the Missionary Sisters of the Sacred Heart
A Member of The Mount Sinai Health System • An Affiliate of Mount Sinai School of Medicine
An Associate Member of the Catholic Health Care Network

# CABRINI MEDICAL CENTER

| TRANSACTION NUMBER | INVOICE DATE | INVOICE NUMBER | AMOUNT |
|---|---|---|---|
| MD 000393 | 7-FEB-2001 | /MERRILL LY | 77,027.43 |

CHECK 154092

DETACH AT PERFORATION BEFORE DEPOSITING CHECK

REMITTANCE ADVICE

---

CHEMICAL BANK
90 Presidential Plaza
Syracuse, NY 13202

**CABRINI MEDICAL CENTER**
227 East 19th Street
New York, NY 10003

CHECK 154092

50-943/213

9-FEB-2001

| PAY THIS AMOUNT | | |
|---|---|---|
| *****77,027 DOLLARS | .43 | CENTS |

AMOUNT OF CHECK
*******$77,027.43

PAY TO THE ORDER OF
MANNUCCIO MANNUCCI M.D P/S
21 EAST 90TH ST. # 6-A
NY NY 10128-

Material Redacted

AUTHORIZED SIGNATURE

⑈154092⑈ ⑉021309434⑉ 755 768965⑈



227 East 19th Street • New York, NY 10003 • (212) 995-6000

January 28, 2002

Mannuccio Mannucci, M.D.
21 East 90th Street Apt. 6A
New York, NY 10128

Dear Dr. Manucci:

Enclosed is your annual distribution for the Deferred Compensation Plan. This amount is based on the 2001 ending balance.

If you have any questions, please call me at (212) 995-7426.

Sincerely,

Veronica Kelleher
Vice President, Human Resources

Enc.



A Facility of the Missionary Sisters of the Sacred Heart
A Member of The Mount Sinai Health System • An Affiliate of Mount Sinai School of Medicine

# CABRINI MEDICAL CENTER

CHECK 161108

| TRANSACTION NUMBER | INVOICE DATE | INVOICE NUMBER | AMOUNT |
|---|---|---|---|
| MD 000836 | 16-JAN-2002 | 01-16-2002 | 68,802.13 |

DETACH AT PERFORATION BEFORE DEPOSITING CHECK

REMITTANCE ADVICE

CHEMICAL BANK
90 Presidential Plaza
Syracuse, NY 13202

## CABRINI MEDICAL CENTER
227 East 19th Street
New York, NY 10003

CHECK 161108

50-943/213

24-JAN-2002

| PAY THIS AMOUNT | | |
|---|---|---|
| *****68,802 | DOLLARS .13 | CENTS |

| AMOUNT OF CHECK |
|---|
| *******$68,802.13 |

PAY TO THE ORDER OF
**MANNUCCIO MANNUCCI M.D P/S
21 EAST 90TH ST. # 6-A
NY NY 10128-**

Material
Redacted

AUTHORIZED SIGNATURE



**Cabrini MEDICAL CENTER**

227 East 19th Street • New York, NY 10003 • (212) 995-6000

April 8, 2003

Mannuccio Mannucci, M.D.
21 East 90th Street Apt. 6A
New York, NY 10128

Dear Dr. Manucci:

Enclosed is your annual distribution for the Deferred Compensation Plan. This amount is based on the 2002 ending balance.

If you have any questions, please call me at (212) 995-7415.

Sincerely,

Janelle Viruet
Benefits Manager
Human Resources

Enc.



A Facility of the Missionary Sisters of the Sacred Heart
A Member of The Mount Sinai Health System • An Affiliate of Mount Sinai School of Medicine
An Associate Member of the Catholic Health Care Network

| CABRINI MEDICAL CENTER | | Material Redacted | CHECK 170671 |
|---|---|---|---|
| TRANSACTION NUMBER | INVOICE DATE | INVOICE NUMBER | AMOUNT |
| MD 001465 | 11-FEB-2003 | DEFERD.02 | 57,433.30 |

DETACH AT PERFORATION BEFORE DEPOSITING CHECK                REMITTANCE ADVICE

CHEMICAL BANK
90 Presidential Plaza
Syracuse, NY 13202

CABRINI MEDICAL CENTER
227 East 19th Street
New York, NY 10003

CHECK 170671

50-943/213

8-APR-2003

PAY THIS AMOUNT *****57,433 DOLLARS .30 CENTS

AMOUNT OF CHECK ********$57,433.30

PAY TO THE ORDER OF
MANNUCCIO MANNUCCI M.D P/S
21 EAST 90TH ST. #5A
NY NY 10128

AUTHORIZED SIGNATURE

⑈170671⑈ ⑆021309434⑆ 755 768965⑈

# EXHIBIT C

# CABRINI Medical Center

Healing New York one neighbor at a time℠

227 East 19th Street • New York, NY 10003 • (212) 995-6000
www.cabriniiny.org

November 16, 2006

Mannuccio Mannucci, M.D.
21 East 90th Street, Apt. 5A
New York, New York 10128

Dear Dr. Mannucci:

As you may be aware, Cabrini Medical Center is in the midst of a major restructuring project intended to reverse the effects of several years of operating losses and ensure the future of the Medical Center. This turnaround effort is at a critical juncture and the Medical Center is in desperate need of working capital in order to maintain operations until the effects of this effort can be realized. As a result, we must temporarily move $486,000 from the deferred compensation investment account designated for your benefit into the Medical Center's general operating account. It is expected that these funds, along with any interest that would have accrued, will be returned to the deferred compensation investment account during 2007. We regret the fact that we must take this action at this time. Please be assured that Cabrini Medical Center is committed to fulfilling its obligation under the Deferred Compensation Agreement with you, including making the 2007 distribution, and will keep you informed of the progress of our efforts to replenish the deferred compensation investment account.

Sincerely,

Robert Chaloner
President/ CEO

Cc: Peter Buscemi
Kevin Dolan



A Facility of the Missionary Sisters of the Sacred Heart
A Member of the Mount Sinai Health System • An Affiliate of Mount Sinai School of Medicine
An Associate Member of the Catholic Health Care Network

# EXHIBIT D



Jay P. Warren
Direct: 212-541-2110
Fax: 212-541-1466
jpwarren@bryancave.com

October 23, 2007

**BY HAND**

Katherine B. Harrison, Esq.
Paduano & Weintraub LLP
1251 Avenue of the Americas
Ninth Floor
New York, New York 10020

Re: Cabrini Hospital Deferred Compensation Agreements

Dear Ms. Harrison:

We represent Cabrini Medical Center ("Cabrini"), and are writing in response to your letters dated August 9, 2007, September 10, 2007, and September 19, 2007, requesting certain documents relating to deferred compensation agreements between Cabrini (or its predecessors) and your clients, Dr. Mannucci, Dr. Padula, Dr. Salvioni and Dr. Taranta. Cabrini is the administrator with respect to those agreements.

Cabrini believes that the deferred compensation agreements between your clients and Cabrini constitute an ERISA Top Hat Plan, and, therefore, many of the documents which you requested are not required to be created or filed by a Top Hat Plan: *e.g.*, summary plan descriptions and amendments, and reports filed with state or federal authorities. Based on Cabrini's searches of its files to date, such documents do not exist.

Without acknowledging that Cabrini has an obligation to do so, we are authorized to provide the following documents: (1) the Deferred Compensation Agreements executed by each of your clients (except for Dr. Mannucci, because, to date, Cabrini has been unable to locate an agreement signed by him); and (2) all correspondence between Cabrini and each of your clients (or other documents signed by your clients) with respect to the Deferred Compensation Agreements. These documents are being delivered to you along with this letter.

While Cabrini chose to maintain separate mutual fund accounts with respect to each Deferred Compensation Agreement, under the terms of each agreement the shares held in those accounts were the exclusive property of Cabrini. Those agreements provide: "Employee shall have no right in such mutual fund shares, which shall be the absolute property of the Corporation." At the end of 2006 (and continuing

Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104-3300
Tel (212) 541-2000
Fax (212) 541-4630
www.bryancave.com

Chicago
Hong Kong
Irvine
Jefferson City
Kansas City
Kuwait
Los Angeles
New York
Phoenix
Riyadh
Shanghai
St. Louis
United Arab Emirates (Dubai)
Washington, DC

And Bryan Cave,
A Multinational Partnership,
London

C054154/0213614/1451651.2

Bryan Cave LLP

through 2007), Cabrini elected to close those separate accounts and transfer the account balances to its general accounts. The amounts transferred with respect to each of your client's agreements is:

| | |
|---|---|
| Dr. Mannucci | $771,843.47 |
| Dr. Padula | $265,962.29 |
| Dr. Salvioni | $619,645.51 |
| Dr. Taranta | $1,298,724.74 |

Cabrini is currently determining what amounts may be owed to your clients in 2007 pursuant to the Deferred Compensation Agreements.

Thank you for your courtesy for agreeing to an extension of time to allow Cabrini to attempt to find the documents you requested.

Very truly yours,

*[signature]*

Jay P. Warren

JPW/dlw