| TOGUT, SEGAL & SEGAL LLP | Presentment Date: | March 31, 2011 at 12:00 Noon |
|---|---|---|
| One Penn Plaza, Suite 3335 | Objection Deadline: | March 31, 2011 at 11:00 A.M. |

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Frank A. Oswald
James J. Lee

*Bankruptcy Counsel for the Debtor and
Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                                     :

In re:                                                :       Chapter 11
                                                     :       Case No. 09-14398 (AJG)
CABRINI MEDICAL CENTER,         :
                                                     :
                                  Debtor.     :
                                                     :
------------------------------------------------------------x

**NOTICE OF PRESENTMENT OF STIPULATION AMONG
THE DEBTOR, LEAGUE OF VOLUNTARY HOSPITALS
AND HOMES OF NEW YORK, AND BRUCE MCIVER AS
PRESIDENT OF THE LEAGUE OF VOLUNTARY HOSPITALS
AND HOMES OF NEW YORK REGARDING CLAIM NOS. 4, 63, 290 AND 356**

        **PLEASE TAKE NOTICE** that Cabrini Medical Center, debtor and debtor in possession, by its attorneys, Togut, Segal & Segal LLP, will present for signature the attached proposed Stipulation and Order (the "Order") Among the Debtor, League of Voluntary Hospitals and Homes of New York, and Bruce McIver as President of the League of Voluntary Hospitals and Homes of New York Regarding Claim Nos. 4, 63, 290 and 356, to Chief Bankruptcy Judge Arthur J. Gonzalez on March 31, 2011 at 12:00 Noon (the "Presentment Date"); and

        **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the proposed Order must be made in writing and received in Chief Judge Gonzalez's Chambers, Room 528 of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004-1408, and by March 31, 2011 at 11:00 a.m. (the "Objection Deadline"). Unless objections are received by that time, the Order may be signed; and

**PLEASE TAKE FURTHER NOTICE**, that pursuant to General Order M-182[1], any objection filed by parties with legal representation shall be filed on or before the Objection Deadline (i) through the Bankruptcy Court's Electronic Case Filing System ("ECF")[2] which may be accessed at the Bankruptcy Court's Internet web site at www.nysb.uscourts.gov, using Netscape Navigator software version 3.0 or higher, and (ii) in portable document format ("PDF") using Adobe Exchange software for conversion; and

**PLEASE TAKE FURTHER NOTICE**, that any party that is either without legal representation or that is unable to file documents electronically shall file its objection on or before the Objection Deadline in .PDF format on a 3-1/2" floppy diskette in an envelope clearly marked with the case name, case number, type and title of document, document number of the document to which the objection refers and the file name of the document; and

**PLEASE TAKE FURTHER NOTICE**, that any party that is either without legal representation or that is unable to file documents electronically or create documents in .PDF format, shall file its objection on or before the Objection Deadline in either Word, WordPerfect or DOS text (ASCII) format on a 3-1/2" floppy diskette in an envelope clearly marked with the case name, case number, type and title of document, document number of the document to which the objection refers and the file name of the document; and

---

[1] Copies of General Order M-182 and the User's Manual for the Bankruptcy Court's Electronic Case Filing System are available at the official web site of the United States Bankruptcy Court for the Southern District of New York at www.nysb.uscourts.gov.

[2] Filing documents on the ECF requires a password which an attorney may obtain by contacting the Bankruptcy Court's technical assistance department at (212) 668-2870, ext. 3522, Monday through Friday, 8:30 a.m. to 5:00 p.m.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, must be served in accordance with the provisions of General Order M-182 so that they are received on or before the Objection Deadline by: (i) Togut, Segal & Segal LLP, counsel to the Debtor, One Penn Plaza, Suite 3335, New York, New York 10119, Attn: Frank A. Oswald, Esq.; (ii) Alston & Bird LLP, counsel for the Creditors' Committee, 90 Park Avenue, New York, New York 10016, Attn: Martin G. Bunin, Esq.; (iii) the Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004 Attn: Andrea B. Schwartz, Esq.; and (iv) Proskauer Rose LLP, Attorneys for the League of Voluntary Hospitals and Homes of New York and Bruce McIver, President of the League of Voluntary Hospitals and Homes of New York, Eleven Times Square, New York, New York, 10036, Attn: Bart Schectman, Esq.

**PLEASE TAKE FURTHER NOTICE** that objections/responses not served and filed on or before the Objection Deadline may not be considered by the Court.

DATED: New York, New York
March 17, 2011

        TOGUT, SEGAL & SEGAL LLP
        Attorneys for the Debtor and
        Debtor in Possession
        By:

        /s/    Frank A. Oswald
        FRANK A. OSWALD
        A Member of the Firm
        One Penn Plaza, Suite 3335
        New York, New York 10019
        (212) 594-5000