# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: <u>Cabrini Medical Center</u>    Case No. <u>09-14398</u>

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>TRC MASTER FUND LLC</u>
Name of Transferee

Name and Address where notices to transferee should be sent:

TRC MASTER FUND LLC
Attn: Terrel Ross
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518

Phone:  <u>516-255-1801</u>
Last four digits of Acct#:  <u>N/A</u>

Name and address where transferee payments should be sent (if different from above):

Phone:  <u>N/A</u>
Last four digits of Acct#:  <u>N/A</u>

<u>REINACH WOLF, ROTHMAN & STERN LLP</u>
Name of Transferor

Court Claim # (if known): <u>N/A</u>
Amount of Claim:  <u>USD$25,697.44</u>
Date Claim Filed: <u>N/A</u>

Phone: <u>(212) 279-9200</u>
Last four digits of Acct.#: <u>N/A</u>

Name and Current Address of Transferor:

REINACH WOLF, ROTHMAN & STERN LLP
630 Third Avenue, 5th Floor
New York, NY 10017

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  <u>/s/Terrel Ross</u>                    Date:<u> March 22, 2011</u>
Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

### Exhibit A to Assignment of Claim

TO:            United States Bankruptcy Court ("Bankruptcy Court")
                     Southern District of New York
                     One Bowling Green
                     New York, NY 10004-1408
                     Attention: Clerk

AND TO:      CABRINI MEDICAL CENTER,   ("Debtor")
                     Case No. 09-14398

Claim # N/A

**REINACH WOLF, ROTHMAN & STERN LLP,** its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of USD$25,697.44 ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 22nd DAY OF March , 2011.

ASSIGNOR: REINACH WOLF, ROTHMAN & STERN LLP

_____
(Signature)

Deborah Diane
(Print Name)

Partner
(Title)

ASSIGNEE: TRC MASTER FUND LLC

_____
(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

| No. | Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Creditor Type | Unsecured Amount | Contingent | Unliquidated | Disputed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1787 | RAYMOND MOLINO | 55-26 69TH STREET | APT 3C | | MASPETH | NY | 11378 | Vendor | $50.00 | | | |
| 1788 | RAZVAN CACIULA | 479 THAXTER ROAD | | | WILTON | CT | 06897 | Vendor | $100.00 | | | |
| 1789 | RBSD ARCHITECTS | C/O GOGICK BYRNE & O'NEILL LLP | 11 BROADWAY | | NEW YORK | NY | 10004 | Vendor | $64,597.42 | | | |
| 1790 | RCM MEDICAL | P.O. BOX 463 | 12 ELLEN DR | | TOLLAND | CT | 06084 | Vendor | $375.83 | | | |
| 1791 | RCM TECHNOLOGIES INC | THE CONSORTIUM | P.O. BOX 7777-W9570 | | PHILADELPHIA | PA | 191792070 | Vendor | $110,178.25 | | | |
| 1792 | RECCO HEALTHCARE SERV INC | PO BOX 201 | | | MASPEQUA | NY | 11758 | Vendor | $420.00 | | | |
| 1793 | RECOND PROGRAMS INC | 33910 HICKS ROAD DRIVE | | | LOGAN | OH | 43138 | Vendor | $1,220.00 | | | |
| 1794 | REDELL BANKS | 32-25 88TH STREET | APT #410 | | EAST ELMHURST | NY | 11369 | Vendor | $3,363.00 | | | |
| 1795 | Redhead, Gwyneth | 122-24 192nd St. | | | Jamaica | NY | 11413 | Employee | $172,709.65 | | | |
| 1796 | REGENERATION TECHNOLOGIES INC | 1 INNOVATION DRIVE | | | ALACHUA | FL | 32615 | Vendor | $7,430.00 | | | |
| 1797 | REGIONAL EMS COUNCIL OF | 475 RIVERSIDE DR SUITE 1729 | | | NEW YORK | NY | 101151270 | Vendor | $65.00 | | | |
| 1798 | REGIONAL MEDICAL TRANSPORT | P.O BOX 53242 | | | PHOENIX | AZ | 850732242 | Vendor | $2,232.04 | | | |
| 1799 | REIMBURSEMENT REVIEW INC | | 861 MAIN STREET PMB #294 | | SAYREVILLE | NJ | 08872 | Vendor | $7,252.50 | | | |
| 1800 | REIMBURSEMENT SERVICES GROUP | GENERAL POST OFFICE | P.O. BOX 27936 | | NEW YORK | NY | 100877936 | Vendor | $150,000.00 | | | |
| 1801 | REINHARD (WOLF)ROTHMAN & STERN LLP | ATTORNEYS AT LAW | 60 CUTTER MILL ROAD | SUITE 407 | GREAT NECK | NY | 11021 | Litigation | $25,697.44 | | | |
| 1802 | RELIABLE COMMUNITY CARE INC | C/O AMOS WEINBERG, ESQ. | 49 SOMERSET DRIVE SOUTH | | GREAT NECK | NY | 11020 | LITIGATION | | | | |
| 1803 | RELIABLE SOURCE INC | 718 OAK CIRCLE DRIVE EAST | | | MOBILE | AL | 36609 | Vendor | $1,300.00 | | | |
| 1804 | RELIANCE MACHINING INC | 43-35 VERNON BLVD | | | LONG ISLAND CITY | NY | 11101 | Vendor | $7,400.00 | | | |
| 1805 | RENAID SONOMO | 40 BAY 25TH ROAD | | | BAY RIDGE | NY | 11887 | Vendor | $75.00 | | | |
| 1806 | RENATO GARMA | 131 TERHUN AVENUE | | | JERSEY CITY | NJ | 07305 | Vendor | $599.00 | | | |
| 1807 | RENAU SOLANCE | 1049 EAST 15TH STREET | | | BROOKLYN | NY | 11229 | Vendor | $142.00 | | | |
| 1808 | RENAUD SOLANGE | 1049 EAST 15TH ST | | | BROOKLYN | NY | 11229 | Vendor | $56,846.21 | | | |
| 1809 | RENTOKIL BILINGUAL RENTOKIL PEST CONTROL | 218 EAST 45TH STREET | | | NEW YORK | NY | 10017 | Vendor | $266.00 | | | |
| 1810 | REO ELECTRONICS | C/O BERT TEXAS, ESQ. | PO BOX 149 | | OLD WESTBURY | NY | 11568 | LITIGATION | | | | |
| 1811 | RESOURSE | 10 MURRY RIDGE LANE | | | MURRYSVILLE | PA | 156689025 | Vendor | $1,376.75 | | | |
| 1812 | RESPONSE PERSONNEL INC | 23 EAST 39 STREET | | | NEW YORK | NY | 10016 | Vendor | $12,632.70 | | | |
| 1813 | REX ANDREW SIOLETI | 222 E 19TH STREET | | | NEW YORK | NY | 10003 | Vendor | $11,560.89 | | | |
| 1814 | REYNA | 771 STEWARD AVENUE | SUITE 110 | | GARDEN CITY | NY | 11530 | Vendor | $78,173.14 | | | |
| 1815 | Reyes, Daisy | 1435 Sheridan Ave, Apt 1L | | | Bronx | NY | 10457 | Employee | $4,490.00 | | | |
| 1816 | REYNALDO MICU | 16 HIGHLAND AVENUE | | | JERSEY CITY | NJ | 07306 | Vendor | $149.00 | | | |
| 1817 | REYNARIOUS & MOYA | 817 BROADWAY 2ND FLOOR | | | NEW YORK | NY | 10003 | Vendor | $14,940.49 | | | |
| 1818 | RIATO KIVITEK, ING | 201 E 19TH STREET #6K | | | NEW YORK | NY | 10003 | Vendor | $291.43 | | | |
| 1819 | RICHARD FAZZOLARE | 31 DRAKE COURT | | | RANDOLPH | NJ | 07869 | Vendor | $525.25 | | | |
| 1820 | RICHARD HIRSCHMAN | 227 EAST 19TH STREET | | | NEW YORK | NY | 10003 | Vendor | $590.30 | | | |
| 1821 | RICHARD MORRISON | 172 EAST 4TH ST | | | NEW YORK | NY | 10009 | Vendor | $690.00 | | | |
| 1822 | RICHARD REGO | 201 E 19TH ST | APT #8F | | NEW YORK | NY | 10003 | Vendor | $130.00 | | | |
| 1823 | RICHARD TANIO | 503 WHITE PLAINS RD 2H | APT #1B | | EASTCHESTER | NY | 10709 | Vendor | $35.00 | | | |
| 1824 | RICHARD WILLIAMS | 128-44 HOOK CREEK BLVD | | | ROSEDALE | NY | 11422 | Vendor | $218.65 | | | |
| 1825 | RICHTER JOSEPH | 85 COLUMBIA ST APT 13A | | | New York | NY | 10002 | Employee | $7,498.65 | | | |
| 1826 | RIVERA CACERES, Ines | 13-18 31st Avenue 2C | | | Astoria | NY | 11221 | Employee | $5,233.18 | | | |
| 1827 | Rivera-Herrera, Jacqueline | 2 Haven Plaza, Apt. 6F | | | New York | NY | 10009 | Employee | $18,531.74 | | | |
| 1828 | Rivera, Jose | 699 Knickerbocker Av | | | Brooklyn | NY | 10013 | Employee | $11,734.10 | | | |
| 1829 | RIVERA, Jose | 22 Park Dr | | | Hillsdale | NJ | 07642 | Employee | $4,251.26 | | | |
| 1830 | Rizk, Cyril C | 45 East 89th Street, Apt. 15b | | | New York | NY | 10128 | Employee | $7,629.25 | | | |
| 1831 | RNA MEDICAL | PO BOX 3324 | | | BOSTON | MA | 02241 | Vendor | $209.00 | | | |
| 1832 | ROBERT GAGLIERO | 74 KNOLLWOOD DR | | | LARCHMONT | NY | 10538 | Vendor | $8,292.00 | | | |
| 1833 | ROBERT GOLLIERO | 769 ADDISON STREET | | | WOODMERE | NY | 11598 | Vendor | $559.00 | | | |
| 1834 | ROBERT GROSS M.D | 227 EAST 19TH STREET | | | NEW YORK | NY | 10003 | Vendor | $3,105.38 | | | |
| 1835 | ROBERT STACHLIK | 53 E 96TH STREET | APT #18 | | NEW YORK | NY | 10128 | Vendor | $100.00 | | | |
| 1836 | Robinson, Kevin | 462 96th Ave | | | Brooklyn | NY | 11220 | Employee | $5,030.76 | | | |
| 1837 | Rocco, Leonida | 147 Glendunny Ave | | | Yonkers | NY | 07304 | Employee | $21,177.73 | | | |
| 1838 | ROCKOLES, Paul | 903 Bayley C | | | Bridgewater | NJ | 08807 | Employee | $5,018.40 | | | |
| 1839 | RODRIGUEZ, LIGURE | 116 ARLINGTON AVE | | | BROOKLYN | NY | 11207 | Employee | $3,632.29 | | | |
| 1840 | Rodriguez, Doris M | 330 F Grand Street, Apt. 10e | | | New York | NY | 10002 | Employee | $20,038.18 | | | |
| 1841 | RODRIGUEZ, Robert | 31 Dunning Ridge Rd. | | | E. Stroudsburg | PA | 18301 | Employee | $35.32 | | | |
| 1842 | ROMAN, YOLANDA | 323 RESERVOIR OVAL APT 3K | | | BRONX | NY | 10467 | Vendor | $152.00 | | | |
| 1843 | ROMUALD EKSTEROWICZ | 702 HUMBOLDT STREET | APT 2 | | BROOKLYN | NY | 11222 | Vendor | $161.00 | | | |
| 1844 | RONALD D HARRIS & ASSOCIATES | 767 THIRD AVE 36TH FLOOR | | | NEW YORK | NY | 10017 | Vendor | $19,484.70 | | | |
| 1845 | RONALD FLEHER | 108 LUQUER ROAD | | | PORT WASHINGTON | NY | 11050 | Vendor | $59.91 | | | |