Alston & Bird LLP
90 Park Avenue
New York, NY 10016
(212) 210-9400

*Counsel for the Official Committee of
Unsecured Creditors of Cabrini Medical Center*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CABRINI MEDICAL CENTER, | : | Case No. 09-14398 (AJG) |
| | : | |
| Debtor. | : | |

---------------------------------------------------x

## JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CABRINI MEDICAL CENTER TO DEBTOR'S REPLY TO THE MANNUCCI PARTIES' OBJECTION TO CONFIRMATION OF THE FIRST AMENDED PLAN OF LIQUIDATION OF THE DEBTOR

The Official Committee of Unsecured Creditors (the "Committee") appointed in this bankruptcy case, by and through its undersigned counsel, submits this Joinder (the "Joinder") to the reply (Docket No. 703) (the "Reply") of Cabrini Medical Center (the "Debtor") to the Mannucci Parties' objection (Docket No. 658) (the "Objection") to confirmation of the Debtor's First Amended Plan of Liquidation. In support of the Joinder, the Committee respectfully submits as follows:

1. On January 25, 2011, the Debtor filed its First Amended Plan of Liquidation (Docket No. 554; the "Plan").

2. On March 16, 2011, the Mannucci Parties filed their Objection to confirmation of the Plan.

3. On March 28, 2011, the Debtor filed its Reply to the Objection.

4. The Committee supports and joins in the Reply.

5. The Committee reserves its right to amend and/or supplement this Joinder in a subsequent joinder filed with the Court or at the hearing on confirmation of the Plan.

**WHEREFORE**, the Committee joins in the Reply and respectfully requests that the Court confirm the Debtor's Plan and that the Court grant such other relief as it deems just and proper.

Dated: New York, New York
March 28, 2011

ALSTON & BIRD LLP

/s/ Martin G. Bunin
Martin G. Bunin
Catherine R. Fenoglio
90 Park Avenue
New York, NY 10016-1387
Telephone: (212) 210-9400

*Attorneys for Official Committee of Unsecured Creditors of Cabrini Medical Center*