| | |
|---|---|
| TOGUT, SEGAL & SEGAL LLP<br>One Penn Plaza, Suite 3335<br>New York, New York 10119<br>(212) 594-5000<br>Frank A. Oswald<br>James Lee<br>Jonathan Ibsen | HEARING DATE: 3/30/11 AT 11:00 A.M. |

*Bankruptcy Counsel for
the Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                        :

In re:                                     :     Chapter 11
                                         :     Case No. 09-14398 (AJG)
CABRINI MEDICAL CENTER,        :
                                         :
                    Debtor.      :
                                         :
------------------------------------------------------------x

## PROPOSED AGENDA FOR HEARING
## SCHEDULED FOR MARCH 30, 2011 AT 11:00 A.M.

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Room 523, One Bowling Green, New York, NY 10004

    **A.**    **CONTESTED MATTERS**

    **B.**    **CONTINUED MATTERS**

**A.**    **CONTESTED MATTERS**

1. Hearing on Confirmation of First Amended Chapter 11 Plan of Liquidation of Cabrini Medical Center [Docket No. 554].

   <u>Responses Due:</u>    March 16, 2011 at 5:00 p.m.

   <u>Responses:</u>

       (a)    Objection to Confirmation of Debtor's Plan filed on behalf of Mannucio Mannucci and Affidavit of Katherine B. Harrison in Support of Objection [Docket Nos. 658 and 659].

       (b)    Debtor's Reply to the Mannucci Parties' Objection to Confirmation of the First Amended Plan of Liquidation of the Debtor [Docket No. 703].

(c) Response of Missionary Sisters of the Sacred Heart, a Not-For-Profit Corporation Organized Under the Laws of the State of New York and Missionary Sisters of the Sacred Heart, a Not-For-Profit Corporation Organized Under the Laws of the State of Illinois to the Objection of Mannuccio Mannucci, Angelo Taranta, Guido Padula and Dilva Salvoni to Confirmation of the Debtor's Plan [Docket No. 705].

(d) Joinder of the Official Committee of Unsecured Creditors of Cabrini Medical Center to Debtors' Reply to the Mannucci Parties' Objection to Confirmation of the First Amended Plan of Liquidation of the Debtor [Docket No. 706].

Related Documents:

(e) Order signed on 1/26/2011, (I) Approving First Amended Disclosure Statement; (II) Scheduling Hearing on Confirmation of the First Amended Plan; (III) Establishing a Deadline and Procedures for Filing Objections to Confirmation of the First Amended Plan; (IV) Establishing a Deadline and Procedures for Temporary Allowance of Claims for Voting Purposes; (V) Establishing the Treatment of Certain Contingent, Unliquidated and Disputed Claims for Notice and Voting Purposes; (VI) Approving Form and Manner of Notice of Hearing on Confirmation and Related Issues and Approving Procedures for Distribution of Solicitation Packages; (VII) Approving Form of Ballot; and (VIII) Establishing a Voting Deadline for Receipt of Ballots [Docket No. 559].

(f) First Amended Disclosure Statement Relating to the First Amended Plan of Liquidation of Cabrini Medical Center [Docket No. 563].

(g) Notice of (i) Approval of Disclosure Statement; (ii) Hearing on Confirmation of Plan of Liquidation; (iii) Deadline for Filing Objections to Confirmation of the Plan; (iv) Deadline and Procedures for Temporary Allowance of Claims; (v) Treatment of Disputed, Contingent or Unliquidated Claims; and (vi) Voting Deadline for Receipt of Ballots [Docket No. 586 and 677].

(h) Affidavit of Service re: Distribution of Solicitation Materials on February 4, 2011 (Re: Docket Nos: 559, 554 and 563) [Docket No. 586].

(i) Certification of Karen M. Wagner with Respect to the Tabulation of Votes on the Debtor's First Amended Chapter 11 Plan of Liquidation [Docket No. 691].

(j) Declaration of Monica Terrano in Support of Confirmation of the First Amended Chapter 11 Plan of Liquidation of Cabrini Medical Center [Docket No. 704].

Status: This matter is going forward.

Estimated Time: 20 Minutes

**CONTINUED MATTERS (Original Hearing Date: March 23, 2011):**

2. Debtor's Motion for Order Pursuant to 11 U.S.C. Sec 502 and Fed. R. Bankr. P. 3007 Classifying and Fixing Claims Filed by the Mannucci Parties (Claims Nos. 388, 389, 390 and 391) [Docket No. 584].

    Responses Due: March 2, 2011 at 4:00 p.m.

    Responses:

    (a) Response to Motion for Order Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 Classifying and Fixing Claims Filed by the Mannucci Parties [Docket No. 637].

    (b) Affidavit of Katherine B. Harrison in Opposition to Debtor's Motion [Docktet No. 638].

    (c) Affidavit of Mannuccio Mannucci, M.D. in Opposition to Debtor's Motion for Order Classifying and Fixing Claims [Docket No. 639].

    (d) Debtor's Reply To The Mannucci Parties' Objection To The Debtor's Motion For An Order Fixing Claims Filed By The Mannucci Parties [Docket No. 670].

    (e) Joinder of Missionary Sisters of the Sacred Heart (New York) to Debtor's Motion for Order Pursuant to 11 U.S.C. Â§ 502 and Fed. R. Bankr. P. 3007 Classifying and Fixing Claims Filed by the Mannucci Parties [Docket No. 671].

    (f) Joinder of the Official Committee of Unsecured Creditors of Cabrini Medical Center to Debtors' Reply to the Mannucci Parties' Objection to the Debtor's Motion for an Order Fixing Claims filed by the Mannucci Parties [Docket No. 673].

    Related Documents:

    (g) Affidavit of Service Debtor's Motion for Order Pursuant to 11 U.S.C. Sec 502 and Fed. R. Bankr. P. 3007 Classifying and Fixing Claims [Docket No. 585].

(h) Affidavit of Service of Doctors Response to Debtors Motion [Docket No. 642].

(i) Affidavit of Service of Debtor's Reply [Docket No. 674].

<u>Status</u>: This matter is going forward.

<u>Estimated Time</u>: 45 Minutes

Dated: New York, New York
March 30, 2011

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Counsel for the
 Debtor and Debtor in Possession
By:

/s/ Frank A. Oswald
FRANK A. OSWALD
A Member of the Firm
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000