Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Frank A. Oswald
Jonathan Ibsen

*Bankruptcy Counsel for
the Debtor and Debtor in Possession*

HEARING DATE: 4/4/11
AT: 2:00 P.M.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
: 
In re: : Chapter 11
: Case No. 09-14398 (AJG)
CABRINI MEDICAL CENTER, :
:
               Debtor. :
:
------------------------------------------------------------x

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing on the proposed Order Approving Confirmation of the Debtor's First Amended Chapter 11 Plan of Liquidation of Cabrini Medical Center **[Docket No. 554],** is scheduled to be heard at 2:00 p.m. on April 4, 2011 before the Honorable Arthur J. Gonzalez, Chief United States Bankruptcy Judge, in Room 523 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

Dated:   New York, New York
         April 1, 2011

                                      TOGUT, SEGAL & SEGAL LLP
                                      Bankruptcy Counsel for the
                                       Debtor and Debtor in Possession
                                       By:

                                       /s/ Frank A. Oswald
                                       FRANK A. OSWALD
                                       A Member of the Firm
                                       One Penn Plaza, Suite 3335
                                       New York, New York 10119
                                       (212) 594-5000