# Minutes of Proceedings

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------------x
Date:   **May 23, 2011**                                                         :
---------------------------------------------------------------------------------x
In re:                                                          :     Chapter 11
                                                                :     Case No. 09-14398  **(AJG)**
CABRINI MEDICAL CENTER,                                         :
                Debtor.       :
---------------------------------------------------------------------------------x

Present:        Hon. Arthur J. Gonzalez
                Bankruptcy Judge

Appearances:

| TOGUT, SEGAL & SEGAL, LLP | ALSTON & BIRD, LLP |
| Attorneys to the Debtor | Attorney to the Committee |
| One Penn Plaza | 90 Park Avenue |
| New York, New York, 10016 | New York, New York, 10016 |
| By: Frank A. Oswald, Esq. | By: Martin J. Bunin, Esq. |
| Jonathan P. Ibsen, Esq. | |
| Of Counsel | Of Counsel |

| PADUANO & WEINTRAUB, LLP | KLESTADT & WINTERS, LLP |
| Attorneys to the Mannucci Parties | Attorney to the Missionary Sisters |
| 1251 Avenue of the Americas | 570 Seventh Avenue |
| New York, New York 10020 | New York, New York 10018 |
| By: Katherine B. Harrison, Esq. | By: Sean C. Southard, Esq. |
| Jason Snyder, Esq. | |
| Of Counsel | Of Counsel |

**Proceedings:**   ⌧   **Debtor's Motion for Order Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 Classifying and Fixing Claims Filed by the Mannucci Parties (Claim Nos. 388, 389, 390, and 391) (the "Motion")**

**Orders:**   ⌧   **For the reasons set forth on the record of the hearing conducted on May 18, 2011, the portion of the Motion seeking classification of the Mannucci Party claims is denied without prejudice for the parties to commence an adversary proceeding.**

_____

FOR THE COURT: Vito Genna, Clerk of the Court

BY THE COURT:

**s/Arthur J. Gonzalez** _____     5/23/2011            s/Jacqueline De Pierola
Chief United States Bankruptcy Judge    Date                Courtroom Deputy