EXHIBIT B

## INVOICE TO CABRINI FROM RSNY DECEMBER 31, 2007

| | NUMBER OF CLICK FEES NON SELF PAY ACCTS | AMT/ CF | TOTAL AMT OWED TO RSNY FROM NON SELF PAY ACCTS | NON SELF PAY ACCTS WITH CLICK FEES DEFERRED | AMT DEFERRED PER NON SELF PAY ACCT | DEFERRED AMT OWED TO RSNY FOR NON SELF PAY ACCTS | AMT OWED TO RSNY FOR DEFERRED SELF PAY ACCTS | AMT OWED TO RSNY FROM SELF PAY ACCTS FOR CLICK FEES FROM 4K TO 6K |
|---|---|---|---|---|---|---|---|---|
| 2004 (FEB-DEC) | 187 | 4,000.00 | $748,000.00 | 187 | 2,000.00 | $374,000.00 | | |
| 2004 (FEB-DEC) | | | | | | | | |
| FEB 2004 - FEB 2005 | | | | | | | $70,599.64 | |
| 2005 (JAN-MAR) | 91 | 4,000.00 | $364,000.00 | | | | | |
| 2005 (JAN-MAR) | | | | | | | | |
| 2005 (APR-DEC) | 327 | 6,000.00 | $1,962,000.00 | 91 | 2,000.00 | $182,000.00 | | |
| 2005 (APR-DEC) | | | | | | | | $45,472.00 |
| 2006 (JAN-DEC) | 442 | 6,000.00 | $2,652,000.00 | | | | | |
| 2006 (JAN-DEC) | | | | | | | | $77,923.75 |
| 2007 (JAN-DEC) | 464 | 6,000.00 | $2,784,000.00 | | | | | |
| AMT OWED TO RSNY | | | $8,510,000.00 | | | $556,000.00 | $70,599.64 | $123,395.75 |

| | |
|---|---|
| FEB 2004-DEC 2007 | AMT OWED RSNY FOR NON SELF PAY ACCTS | $8,510,000.00 |
| FEB 2004-MAR 2005 | AMT OWED RSNY FOR DEFERRED NON SELF PAY ACCTS | $556,000.00 |
| FEB 2004-FEB 2005 | AMT OWED RSNY FOR DEFERRED SELF PAY ACCTS | $70,599.64 |
| APR 2005 - 2006 | AMT OWED RSNY FOR SELF PAY ACCT CLICK FEES FROM 4K TO 6K | $123,395.75 |
| FEB 2004-DEC 31, 2007 | TOTAL AMT BILLED TO CMC PER CONTRACT | $9,259,995.39 |

# INVOICE TO CABRINI FROM RSNY DECEMBER 31, 2007

| | | |
|---|---|---|
| TOTAL AMT BILLED TO CMC PER CONTRACT 2004- DEC 31, 2007 | $9,259,995.39 | |
| TOTAL PAYMNTS FROM CMC TO RSNY 2004-DEC 31, 2007 | $2,196,784.42 | |
| TOTAL AMT COLLECTED BY RSNY FROM SELF PAY ACCTS 2005- 2006 BASED ON 4K FORMULA<br><br>2005<br>2006 | | $313,470.54<br>$456,617.25<br>$770,087.79 |
| 2007 TOTAL AMT COLLECTED BY RSNY FROM SELF PAY ACCTS THRU DEC 31, 2007 BASED ON 6K FORMULA | | $427,207.82 |
| NET AMT OWED RSNY PER CONTRACT THROUGH DEC 31, 2007 | | $5,865,915.36 |